IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-cv-00644-JRG |
| v. § | |
| Shenzhen Tuozhu Technology Co., Ltd., § | JURY TRIAL DEMANDED |
| Shanghai Lunkuo Technology Co., Ltd., § | |
| Bambulab Limited, § | |
| Shenzhen Bambu Lab Co., Ltd. § | |
| Shanghai Contour Technology Co., Ltd. § | |
| Beijing Tiertime Technology Co., Ltd. § | |
| Beijing Yinhua Laser Rapid Prototyping and § | |
| Mould Technology Co. Ltd., and § | |
| Tuozhu Technology Limited § | |
| § | |
| § | |
| Defendants. § | |
| § | |

## **JURY DEMAND**

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: August 8, 2024

Respectfully submitted,

By: /s/ *Kevin J. Meek by permission Andrea L. Fair*

Kevin J. Meek
Texas Bar No. 13899600
Brian Oaks
Texas Bar No. 24007767
Syed K. Fareed
Texas Bar No. 24065216
Aashish Kapadia
Texas Bar No. 24097917
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
kmeek@mwe.com
boaks@mwe.com
sfareed@mwe.com
akapadia@mwe.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

Andrea L. Fair
Texas Bar No. 24078488
Claire A. Henry
Texas Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
andrea@wsfirm.com

***ATTORNEYS FOR PLAINTIFF STRATASYS, INC.***

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of August, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

                    */s/ Andrea L. Fair*