# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc. § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-cv-00644-JRG |
| v. § | |
| Shenzhen Tuozhu Technology Co., Ltd., § | JURY TRIAL DEMANDED |
| Shanghai Lunkuo Technology Co., Ltd., § | |
| Bambulab Limited, § | |
| Beijing Tiertime Technology Co., Ltd. § | |
| Beijing Yinhua Laser Rapid Prototyping and § | |
| Mould Technology Co. Ltd., and § | |
| Tuozhu Technology Limited § | |
| § | |
| § | |
| Defendants. § | |

**PLAINTIFF STRATASYS, INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Stratasys, Inc. ("Plaintiff" or "Stratasys"), by and through its undersigned counsel hereby discloses that:

Stratasys, Inc. is a Delaware corporation. Stratasys, Inc. is wholly owned by Stratasys Solutions Ltd. Stratasys Solutions Ltd. is a wholly-owned subsidiary of Stratasys Ltd. Stratasys Ltd. is a publicly owned company organized under the laws of Israel. There are no other publicly held corporations that own 10 percent or more of the stock of Stratasys, Inc.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted,<br><br>By: */s/ Kevin J. Meek by permission Andrea L. Fair*<br><br>Kevin J. Meek<br>Texas Bar No. 13899600<br>Brian Oaks<br>Texas Bar No. 24007767<br>Syed K. Fareed<br>Texas Bar No. 24065216<br>Aashish Kapadia<br>Texas Bar No. 24097917<br>**MCDERMOTT WILL & EMERY LLP**<br>303 Colorado Street, Suite 2200<br>Austin, Texas 78701-4078<br>Telephone: (512) 726-2600<br>Facsimile: (512) 532-0002<br>kmeek@mwe.com<br>boaks@mwe.com<br>sfareed@mwe.com<br>akapadia@mwe.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>903-705-1117 (phone)<br>903-581-2543 (fax)<br>ddacus@dacusfirm.com<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Claire A. Henry<br>Texas Bar No. 24053063<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>andrea@wsfirm.com<br><br>***ATTORNEYS FOR PLAINTIFF STRATASYS, INC.*** |

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of August, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

                                                       */s/ Andrea L. Fair*