AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Stratasys, Inc., *Plaintiff(s)* | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 224-cv-644 |
| Shenzhen Tuozhu Technology Co., Ltd.,<br>Shanghai Lunkuo Technology Co., Ltd.,<br>Bambulab Limited, et al *Defendant(s)* | )<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beijing Tiertime Technology Co. Ltd. (                    )
South side of 2nd floor, Building 1
No. 2, Yanqi South 1st Street
Yanqi Economic Development Zone
Huairou District, Beijing
(                                   2   1   2         )

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kevin J. Meek, MCDERMOTT WILL & EMERY LLP
303 Colorado Street, Suite 2200, Austin, Texas 78701
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
kmeek@mwe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   08/08/2024

*Signature of Clerk or Deputy Clerk*