AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Stratasys, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., <br> Shanghai Lunkuo Technology Co., Ltd., <br> Bambulab Limited, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-00644-JRG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Shenzhen Tuozhu Technology Co. Ltd.
c/o Ke Li
13619 Long Island Dr, Pflugerville TX  78660


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin J. Meek, MCDERMOTT WILL & EMERY LLP
303 Colorado Street, Suite 2200, Austin, Texas 78701
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
kmeek@mwe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____08/08/2024_____     _____David A. O'Toole_____
                               *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| | | | |
|---|---|---|---|
| Stratasys, Inc., | Plaintiff | § | Civil Action No. 2:24-cv-644 |
| vs. | | § | |
| Shenzhen Tuozhu Technology Co., Ltd., et al, | | § | |
| | Defendants | § | PROOF OF SERVICE AFFIDAVIT |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am not less than eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on August 8, 2024, at 4:02 p.m., Summons in a Civil Action, with Complaint for Patent Infringement and Civil Cover Sheet, for service on Defendant Shenzhen Tuozhu Technology Co., Ltd. c/o Ke Li.

Executed on August 10, 2024, at 7:18 p.m., at 13619 Long Island Dr., Pflugerville, Texas 78660, within the County of Travis, by delivering in person to Ke Li, a true and correct copy of the above specified civil process, having first endorsed thereupon the came to hand date and time and the date of delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Service Fee $150.00

Signature of non-party adult - DRLS
110 N. College, #1002, Tyler, Tx. 75702
Re: 4356-2

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on August 12, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for
The State of T E X A S

[Form Pursuant to FRCP 4(l)(1)]