AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Stratasys, Inc., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co. Ltd. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stratasys, Inc.                                                                                                                   .

Date:   08/12/2024                                                          /s/ Kevin J. Meek
                                                                                       *Attorney's signature*

                                                                           Kevin J. Meek (Bar No. 13899600)
                                                                             *Printed name and bar number*

                                                                                    300 Colorado Street
                                                                                       Suite 2200
                                                                                   Austin, TX 78701-4891
                                                                                         *Address*

                                                                                     kmeek@mwe.com
                                                                                     *E-mail address*

                                                                                     (512) 726-2575
                                                                                    *Telephone number*

                                                                                     (512) 532-0002
                                                                                       *FAX number*