IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00644-JRG |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that Greg Love with Steckler Wayne & Love PLLC hereby enters his appearance in the above-captioned matter as additional counsel on behalf of Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambulab Limited, and Tuozhu Technology Limited.  All correspondence, pleadings, and notices concerning this case should be provided to the foregoing counsel at:

Greg Love (greg@stecklerlaw.com)
STECKLER WAYNE & LOVE PLLC
107 East Main Street
Henderson, Texas 75652
Phone:  903/212-4444
Fax:  903/392-2267

Respectfully submitted,

/s/ *Greg Love*
Greg Love
Texas Bar No. 24013060
STECKLER WAYNE & LOVE PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
greg@stecklerlaw.com

*Counsel for Defendants*

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record electronically via the court's efiling system on September 11, 2024.

                            /s/ *Greg Love*
                            Greg Love