IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Shenzhen Tuozhu Technology Co., Ltd., et. al..,<br><br>    Defendants. | Civil Action No. 2:24-cv-00644-JRG |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Deron R. Dacus (ddacus@dacusfirm.com) & Andrea Fair (andrea@wsfirm.com)

The following parties, that I represent, agree to save the expense of serving a summons and complaint in this case:

- Shenzhen Tuozhu Technology Co., Ltd.,
- Shanghai Lunkuo Technology Co., Ltd.,
- Bambulab Limited
- Tuozhu Technology Limted

The entities that I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action. However, the above entities waive any objections to the absence of a summons or of service.

According to our agreement, the above entities must file and serve an answer or otherwise respond to the complaint in this case within 90 days of September 9, 2024 (or no later than December 9, 2024). If the above entities fail to do so, a default judgment will be entered against the above entities.

Dated:  September 9, 2024                          */S/Greg Love*

                                                                    Greg Love
                                                                    107 E Main Street
                                                                    Henderson, Texas 75652
                                                                    greg@stecklerlaw.com
                                                                    903.212.4444