IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § § Plaintiff, § v. § Shenzhen Tuozhu Technology Co., Ltd., § Shanghai Lunkuo Technology Co., Ltd., § Bambulab Limited, § Beijing Tiertime Technology Co., Ltd., § Beijing Yinhua Laser Rapid Prototyping and § Mould Technology Co. Ltd., and § Tuozhu Technology Limited § § § Defendants. § § § | CIVIL ACTION NO. 2:24-cv-00644 JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff Stratasys, Inc. ("Stratasys"). (Dkt. No. 14.) In the Notice, Stratasys dismisses the above-captioned case against Defendant Beijing Tiertime Technology Co., Ltd. and Defendant Beijing Yinhua Laser Rapid Prototyping and Mould Technology Co. Ltd. (the "Tiertime Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Stratasys against the Tiertime Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to remove Tiertime Defendants from the case caption.