IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § <br> § <br>     Plaintiff, § <br>   v. § <br> Shenzhen Tuozhu Technology Co., Ltd., § <br> Shanghai Lunkuo Technology Co., Ltd., § <br> Bambulab Limited, § <br> Shenzhen Bambu Lab Co., Ltd., § <br> Shanghai Contour Technology Co., Ltd. § <br> and § <br> Tuozhu Technology Limited, § <br> § <br> § <br>     Defendants. § <br> § | CIVIL ACTION NO. 2:24-CV-0644-JRG <br>   (LEAD CASE) <br><br> CIVIL ACTION NO. 2:24-CV-0645-JRG <br>   (LEAD CASE) <br><br> JURY TRIAL DEMANDED |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Stratasys, Inc., ("Stratasys") files this unopposed motion for an extension of time for Stratasys to serve its infringement contentions and for Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambulab Limited, Shenzhen Bambu Lab Co., Ltd., Shanghai Contour Technology Co., Ltd. and Tuozhu Technology Limited ("Defendants") to serve their invalidity contentions.

Stratasys respectfully seeks a (3) three week extension to serve its infringement contentions up to and including November 14, 2024, and a (6) six week extension for Defendants to serve their invalidity contentions up to and including January 30, 2025

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted,<br><br>By: /s/ Kevin J. Meek by permission Andrea L. Fair<br>Kevin J. Meek<br>Texas Bar No. 13899600<br>Brian Oaks<br>Texas Bar No. 24007767<br>Syed K. Fareed<br>Texas Bar No. 24065216<br>Aashish Kapadia<br>Texas Bar No. 24097917<br>**MCDERMOTT WILL & EMERY LLP**<br>303 Colorado Street, Suite 2200<br>Austin, Texas 78701-4078<br>Telephone: (512) 726-2600<br>Facsimile: (512) 532-0002<br>kmeek@mwe.com<br>boaks@mwe.com<br>sfareed@mwe.com<br>akapadia@mwe.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>903-705-1117 (phone)<br>903-581-2543 (fax)<br>ddacus@dacusfirm.com<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Claire A. Henry<br>Texas Bar No. 24053063<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>andrea@millerfairhenry.com<br><br>***ATTORNEYS FOR PLAINTIFF STRATASYS, INC.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 24th day of October, 2024.

/s/Andrea L. Fair
Andrea L. Fair

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Andrea L. Fair
Andrea L. Fair