# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-CV-0644-JRG |
| v. § | (LEAD CASE) |
| Shenzhen Tuozhu Technology Co., Ltd., § | |
| Shanghai Lunkuo Technology Co., Ltd., § | CIVIL ACTION NO. 2:24-CV-0645-JRG |
| Bambulab Limited, § | (LEAD CASE) |
| Shenzhen Bambu Lab Co., Ltd., § | |
| Shanghai Contour Technology Co., Ltd. § | JURY TRIAL DEMANDED |
| and § | |
| Tuozhu Technology Limited § | |
| § | |
| § | |
| Defendants. § | |

## **ORDER**

Before the Court is Plaintiff's unopposed motion for extension of contention deadlines.

Having considered the Motion for Extension, and noting that it is unopposed, the Court finds that the Motion for Extension should be and hereby is GRANTED. Accordingly, it is ORDERED that Plaintiff's deadline to serve infringement contentions is extended up to and including November 14, 2024, and Defendants' deadline to serve invalidity contentions is extended up to and including January 30, 2025.