# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STRATASYS, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al*, <br><br>*Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00644-JRG <br>(LEAD CASE) |
| STRATASYS, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al*, <br><br>*Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00645-JRG <br>(MEMBER CASE) |

## **ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Comply with P.R. 3-1, 3-2, 3-3, and 3-4 (the "Motion") filed by Plaintiff Stratasys, Inc. ("Plaintiff"). (Dkt. No. 21.) In the Motion, Plaintiff requests an extension of time to comply with P.R. 3-1 and 3-2 until November 14, 2024 and an extension of time for Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambulab Limited, Shenzhen Bambu Lab Co., Ltd., Shanghai Contour Technology Co., Ltd. and Tuozhu Technology Limited ("Defendants") to comply with P.R. 3-3 and 3-4 until January 30, 2025. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is **extended** up to and including November 14, 2024, and the

deadline for Defendants to comply with P.R. 3-3 and 3-4 is **extended** up to and including January 30, 2025.

**So ORDERED and SIGNED this 29th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE