IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STRATASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al*, <br><br> Defendant. | No. 2:24-CV-00644-JRG <br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD. *et al*, <br><br> Defendant. | No. 2:24-CV-00645-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendants Shenzhen Tuozhu Technology Co. Ltd., Bambulab Ltd., Shanghai Lunkuo Technology Co. Ltd., and Tuozhu Technology Limited in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: November 6, 2024  */s/ Riley J. Green*
　　　　　　　　　　　　　　　Riley J. Green
　　　　　　　　　　　　　　　Texas Bar No. 24131352
　　　　　　　　　　　　　　　rgreen@fr.com

　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　Telephone: (214) 747-5070
　　　　　　　　　　　　　　　Facsimile: (214) 747-2091

　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANTS**
　　　　　　　　　　　　　　　**SHENZHEN TUOZHU TECHNOLOGY CO. LTD., BAMBULAB**
　　　　　　　　　　　　　　　**LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., AND**
　　　　　　　　　　　　　　　**TUOZHU TECHNOLOGY LIMITED**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served on November 6, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Riley J. Green*
Riley J. Green
