# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-00645-JRG<br><br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Please take notice that he undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendants, Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, and Tuozhu Technology Limited in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: November 13, 2024        Respectfully submitted,

*/s/ Michael A. Vincent*
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.

1

1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 13, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Michael A. Vincent*
Michael A. Vincent
