# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-CV-0644-JRG |
| v. § | (LEAD CASE) |
| Shenzhen Tuozhu Technology Co., Ltd., § | |
| Shanghai Lunkuo Technology Co., Ltd., § | CIVIL ACTION NO. 2:24-CV-0645-JRG |
| Bambulab Limited, § | (MEMBER CASE) |
| Shenzhen Bambu Lab Co., Ltd. § | |
| Shanghai Contour Technology Co., Ltd. § | |
| and § | JURY TRIAL DEMANDED |
| Tuozhu Technology Limited § | |
| § § § | |
| Defendants. § § | |

## NOTICE OF DESIGNATION OF LEAD ATTORNEY

COMES NOW, Plaintiff Stratasys, Inc., ("Stratasys"), and hereby notifies the court and all parties of record that Kevin J. Meek, MCDERMOTT WILL & EMERY LLP, 300 Colorado Street, Suite 2200, Austin, Texas 78701-4078 will be the Lead Attorney going forward for Plaintiff in the above-styled and numbered cause.

| | |
|---|---|
| Dated: November 18, 2024 | Respectfully submitted,<br><br>By: /s/ Kevin J. Meek<br>Kevin J. Meek<br>Texas Bar No. 13899600<br>Brian Oaks<br>Texas Bar No. 24007767<br>Syed K. Fareed<br>Texas Bar No. 24065216<br>Aashish Kapadia<br>Texas Bar No. 24097917<br>**MCDERMOTT WILL & EMERY LLP**<br>300 Colorado Street, Suite 2200<br>Austin, Texas 78701-4078<br>Telephone: (512) 726-2600<br>Facsimile: (512) 532-0002<br>kmeek@mwe.com<br>boaks@mwe.com<br>sfareed@mwe.com<br>akapadia@mwe.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>903-705-1117 (phone)<br>903-581-2543 (fax)<br>ddacus@dacusfirm.com<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Claire A. Henry<br>Texas Bar No. 24053063<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>andrea@millerfairhenry.com<br><br>***ATTORNEYS FOR PLAINTIFF STRATASYS, INC.*** |


- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 18th day of November, 2024.

        /s/Kevin J. Meek
        Kevin J. Meek