# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., § § § *Plaintiff*, § § v. § § Shenzhen Tuozhu Technology Co., Ltd., *et* § *al.*, § § *Defendants*. § | | Case No. 2:24-cv-00644-JRG (Lead Case) |

| | | |
|---|---|---|
| Stratasys, Inc., § § § *Plaintiff*, § § v. § § Shenzhen Tuozhu Technology Co., Ltd., *et* § *al.*, § § *Defendants*. § | | Case No. 2:24-cv-00645-JRG (Member Case) |

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Plaintiff Stratasys, Inc. ("Plaintiff" or "Stratasys") and Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambulab Limited, and Tuozhu Technology Limited ("Defendants" or "Bambu") (collectively, the "Parties") file this Joint Motion for Entry of the attached proposed Discovery Order. Counsel for the Parties have diligently conferred regarding the proposed Discovery Order for this case and have agreed to the content proposed therein. Accordingly, the Parties submit the proposed Discovery Order, attached as Exhibit A, for the Court's consideration.

- 2 -

Dated: November 21, 2024

Respectfully submitted,

By: */s/ Kevin J. Meek*
Kevin J. Meek
Texas State Bar No. 13899600
Brian Oaks
Texas State Bar No. 24007767
Syed Fareed
Texas State Bar No. 24065216
Aashish Kapadia
Texas State Bar No. 24097917
**MCDERMOTT WILL & EMERY LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2579
Facsimile: (512) 532-0002
*kmeek@mwe.com*
*boaks@mwe.com*
*sfareed@mwe.com*
*akapadia@mwe.com*

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

Andrea L. Fair
Texas Bar No. 24078488
Claire A. Henry
Texas Bar No. 24053063
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com
claire@millerfairhenry.com

***ATTORNEYS FOR PLAINTIFF STRATASYS, INC.***

- 3 -

By: */s/ Michael A. Vincent*
Gregory P. Love (TX 24013060)
greg@stecklerlaw.com
STECKLER WAYNE & LOVE
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
Brandon [S.] Avers (TX 24135660)
avers@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071

***ATTORNEYS FOR DEFENDANTS SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 21st day of November, 2024.

/s/ *Kevin J. Meek*
Kevin J. Meek

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to Local Rule CV-7, the Parties have met and conferred on the content of the above motion, and it is being filed as a joint motion. Syed Fareed (for Plaintiff) met and conferred on multiple occasions via e-mail with Michael Vincent (for Defendants) regarding this motion.

/s/ *Kevin J. Meek*
Kevin J. Meek