IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF DAVID M. BARKAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTY**

I, David M. Barkan, hereby declare as follows:

1.        I am a principal at the law firm of Fish & Richardson P.C., counsel of record in this action for Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited (collectively "BambuLab").  I am a member of the Bar of the State of California.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.  I submit this Declaration in support of Defendants' Motion to Dismiss for Failure to Join Indispensable Party.

2.        Attached as Exhibit 1 is a true and correct copy of the Declaration of Jie Jiang in Support of Defendants' Motion to Dismiss for Failure to Join Indispensable Party, dated December 9, 2024.

3.        Attached as Exhibit 2 is a true and correct screenshot of the web page at https://us.store.bambulab.com/products as of December 6, 2024.

1

4.      Attached as Exhibit 3 is a true and correct screenshot of the web page at

https://us.store.bambulab.com/pages/about-us as of December 6, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 9th day of December, 2024 at Redwood City, CA.


_/s/ David M. Barkan_____
David M. Barkan