# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JIE JIANG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTY**

I, Jie Jiang, being of sound mind, declare the following to be true to the best of my

knowledge, information and recollection:

1.      I am an employee at Shenzhen Tuozhu Technology Co., Ltd.

2.      As Head of Sales – North America, I am responsible for managing the reseller

network development and channel sales.

3.      The statements in this Declaration are based upon either my personal knowledge or

corporate records maintained by Shenzhen Tuozhu Technology Co., Ltd. in the ordinary course of

business that I reviewed. If called as a witness, I could and would testify regarding the facts in this

declaration.

4.     BambuLab USA, Inc. is a wholly-owned subsidiary of Defendant Shenzhen Tuozhu Technology Co., Ltd., which has no other subsidiaries in the United States.

5.     Defendants Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited have no subsidiaries in the United States.

6.     All defendants presently-named in this lawsuit (Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited) have no assets in the United States other than BambuLab USA, Inc.

7.     BambuLab USA, Inc. is a corporation organized under the laws of the State of Texas, with its sole place of business in Austin, Texas.

8.     BambuLab USA, Inc.'s registered agent is in the Eastern District of Texas, but it has no offices, property, or employees in the Eastern District of Texas.

9.     BambuLab USA, Inc. is the only entity within the Shenzhen Tuozhu Technology Co., Ltd. group authorized to sell Bambu-brand products in the United States. These sales are made to both individual and commercial customers.

10.     Since June of 2022, BambuLab USA, Inc. has been the importer of record for all Bambu-brand products in the United States and the company of record for all customs declarations and related tax declarations.

11.     BambuLab USA, Inc. operates the online store for the United States, found at https://us.store.bambulab.com/. Operation of the website is conducted from China.

2

12.    BambuLab USA, Inc. issues all invoices to consumers who buy products through the United States BambuLab website.

13.    BambuLab USA, Inc. issues all invoices to business customers, such as resellers, who buy Bambu-brand products in the United States.

14.    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

15.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December _09_, 2024

Jie Jiang

3