# EXHIBIT 2

Up to 20% OFF on Filament New Year Special Bundles. Shop Now>>



| Store | End-of-Year Sale | Printers | Filament | Accessories | Spare Parts | Maker's Supply | Support |



### 3D Printers
VIEW PRODUCTS



### Filaments
VIEW PRODUCTS



### Accessories
VIEW PRODUCTS

| Menu | Support | Offer | Explore | About the Bambu Lab |
|---|---|---|---|---|
| Store | Order Tracker | Sale | Official Website | Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level. |
| End-of-Year Sale | FAQ | Payment Help | Authorized Reseller | |
| Printers | Official Wiki | | Contact Us | |
| Filament | Shipping Policy | | About US | |
| Accessories | Returns & Refunds | | | |
| Spare Parts | Privacy Policy | | | |
| Maker's Supply | Cookie Settings | | | |
| Support | Terms of Service | | | |
| | Warranty Statement | | | |

  

© Bambu Lab US

