# EXHIBIT 3

PLA Basic just got more colorful — explore 9 new colors now!

Bambu Lab   USA

Store | End-of-Year Sale | Printers | Filament | Accessories | Spare Parts | Maker's Supply | Support

# About Us

## About Bambu Lab

**Company: Bambulab USA Inc**

The website is operated by Bambulab USA Inc,
Registered at 8000 Centre Park Drive, STE 330, Austin Texas 78754, United States.
Operated by: Room 206, Guoxin Investment Building, Gaoxin South 7th Road, Yuehai Street, Nanshan District, Shenzhen

Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level.

## Our Team

Our story started with the gathering of a team of 3D printing fans, who are also expert engineers in robotics, artificial intelligence, materials science, and internet industries. Our team is experienced in building high-tech products that bring positive impacts to the world. From the start, we have been dedicated to making cutting-edge technology affordable with advanced know-how and high production quality. We see ourselves as part of the ecosystem and are delighted to learn from and share knowledge with the 3D printing community. Our team's passion lies also in the commitment to creating the next generation of eco-friendly 3D printers - pushing the industry toward a future with a much lower carbon-footprint.

### Menu
- Store
- End-of-Year Sale
- Printers
- Filament
- Accessories
- Spare Parts
- Maker's Supply
- Support

### Support
- Order Tracker
- FAQ
- Official Wiki
- Shipping Policy
- Returns & Refunds
- Privacy Policy
- Cookie Settings
- Terms of Service
- Warranty Statement

### Offer
- Sale
- Payment Help

### Explore
- Official Website
- Authorized Reseller
- Contact Us
- About US

### About the Bambu Lab

Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level.

© Bambu Lab US