IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED, <br><br> Defendants. | Civil Action No. 2:24-cv-00644-JRG <br> LEAD CASE <br><br> Civil Action No. 2:24-cv-00645-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTY**

Upon consideration of Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited's Motion to Dismiss for Failure to Join Indispensable Party, and any opposition thereto, the Court **GRANTS** the motion and hereby **ORDERS** that Stratasys's Complaints in Lead Case No. 2:24-cv-00644 and Member Case No. 2:24-cv-00645 be dismissed.