IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Shenzhen Tuozhu Technology Co., Ltd. states that it has no parent company, and that no publicly-held company holds more than 10% or more of its stock.

Defendant Shanghai Lunkuo Technology Co., Ltd. states that Shenzhen Tuozhu Technology Co., Ltd. is its parent company. No publicly-held company holds more than 10% of the stock of Shanghai Lunkuo Technology Co., Ltd.

Defendant BambuLab Limited states that Shenzhen Tuozhu Technology Co., Ltd. is its parent company. No publicly-held company holds more than 10% of the stock of BambuLab Limited.

Defendant Tuozhu Technology Limited states that Shenzhen Tuozhu Technology Co., Ltd. is its parent company. No publicly-held company holds more than 10% of the stock of Tuozhu Technology Limited.

Dated: December 9, 2024

Respectfully submitted,

*/s/ David M. Barkan*
Gregory P. Love (TX 24013060)
greg@stecklerlaw.com
STECKLER WAYNE & LOVE
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
Brandon S. Avers (TX 24135660)
avers@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, AND TUOZHU TECHNOLOGY
LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 9, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David M. Barkan*
　　　　　　　　　　　　　　　　　　　　　　　David M. Barkan