IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Case No. 2:24-cv-00644-JRG |
| § | | (Lead Case) |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| Stratasys, Inc., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Case No. 2:24-cv-00645-JRG |
| § | | (Member Case) |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, § | | |
| § | | |
| *Defendants*. § | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christian T. Tatum of McDermott Will & Emery LLP is admitted to this Court and hereby makes his appearance on behalf of Plaintiff Stratasys, Inc. in the above-entitled actions. Counsel consents to electronic service of all papers in this matter.

Dated: December 19, 2024

Respectfully submitted,

By: */s/ Christian T. Tatum*
Christian T. Tatum
Texas State Bar No. 24125429
**MCDERMOTT WILL & EMERY LLP**

- 2 -

300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2579
Facsimile:  (512) 532-0002
ctatum@mwe.com

**ATTORNEYS FOR PLAINTIFF
STRATASYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 19th day of December, 2024.

/s/ Christian T. Tatum
Christian T. Tatum
