IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., <br><br>     *Plaintiff*, <br><br>   v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., *et al.*, <br><br>     *Defendants*. | § § § § § § § § § § § § § | Case No. 2:24-cv-00644-JRG <br> (Lead Case) |
| Stratasys, Inc., <br><br>     *Plaintiff*, <br><br>   v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., *et al.*, <br><br>     *Defendants*. | § § § § § § § § § § § § § | Case No. 2:24-cv-00645-JRG <br> (Member Case) |

**DECLARATION OF CHRISTIAN T. TATUM IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

I, Christian T. Tatum, hereby declare as follows:

1. I am an attorney with McDermott, Will & Emery and am counsel for Plaintiff Stratasys, Inc. ("Plaintiff"). I make this declaration in support of Plaintiff's Response to Defendants' Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, would testify to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Defendants' Initial and Additional Disclosures served on November 29, 2024.

1

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed in Austin, Texas on this 19th day of December 2024.

/s/ *Christian T. Tatum*
Christian T. Tatum