# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., | § § § | |
|     *Plaintiff*, | § § | |
| v. | § § | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | § § § § | (Lead Case) |
|     *Defendants*. | § § | |

| | | |
|---|---|---|
| Stratasys, Inc., | § § § | |
|     *Plaintiff*, | § § | |
| v. | § § | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | § § § § | (Member Case) |
|     *Defendants*. | § § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss for Failure to Join Indispensable Party (the "Motion"). (Dkt. No. 38).

Having considered the Motion, the Court finds that it should be and hereby is **DENIED**.