IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY AND SUR-REPLIES REGARDING DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO JOIN INDISPENSABLE PARTY**

Plaintiff Stratasys, Inc. ("Stratasys") and Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, And Tuozhu Technology Limited (collectively, "Defendants") file this Joint Motion for an Extension of Time to file reply and sur-replies to Defendants' Motion to Dismiss for Failure to Join Indispensable Party (ECF No. 38.)

The current deadline for Defendants to file their reply is December 26, 2024, and Stratasys's deadline to file its sur-reply would follow seven days later.  The parties respectfully request the deadlines be extended to January 3, 2025, and January 17, 2025, respectively.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for the parties to file their reply and sur-reply to Defendant's Motion to Dismiss for Failure to Join Indispensable Party to January 3, 2025, and January 17, 2025, respectively.

Dated:  December 20, 2024                    Respectfully submitted,

*/s/ Kevin J. Meek with permission*          */s/ David M. Barkan*
Kevin J. Meek (TX 13899600)                 Gregory P. Love (TX 24013060)
kmeek@mwe.com                               greg@stecklerlaw.com
Brian Oaks (TX 24007767)                    STECKLER WAYNE & LOVE
boaks@mwe.com                               107 E Main Street
Syed Fareed (TX 24065216)                   Henderson, TX 75652
sfareed@mwe.com                             Tel: (903) 212-4444
Aashis Kapadia (TX 24097917)
akapadia@mwe.com                            Carl E. Bruce (TX 24036278)
MCDERMOTT WILL & EMERY LLP                  bruce@fr.com
300 Colorado Street, Suite 2200             Thomas H. Reger, II (TX 24032992)
Austin, Texas 78701-4078                    reger@fr.com
Tel: (512) 726-2579                         Aaron P. Pirouznia (TX 24098958)
                                            pirouznia@fr.com
Deron R. Dacus (TX 00790553)                Michael A. Vincent (TX 24105738)
ddacus@dacusfirm.com                        vincent@fr.com
THE DACUS FIRM, P.C.                        Brandon S. Avers (TX 24135660)
821 ESE Loop 323, Suite 430                 avers@fr.com
Tyler, TX 75701                             FISH & RICHARDSON P.C.
Tel: (903) 705-1117                         1717 Main Street, Suite 5000
                                            Dallas, TX 75201
Andrea L. Fair (TX 24078488)                Tel: (214) 747-5070 | Fax: (214) 747-2091
andrea@millerfairhenry.com
Claire A. Henry (TX 24053063)               David M. Barkan (CA 160825)
claire@millerfairhenry.com                  barkan@fr.com
MILLER FAIR HENRY, PLLC                     FISH & RICHARDSON P.C.
1507 Bill Owens Parkway                     500 Arguello Street, Suite 400
Longview, TX 75604                          Redwood City, CA 94063
Tel: (903) 757-6400                         Tel: (650) 839-5070 | Fax: (650) 839-5071

Attorneys for Plaintiff                     Attorneys for Defendants
STRATASYS, INC.                             SHENZHEN TUOZHU TECHNOLOGY CO.,
                                            LTD., SHANGHAI LUNKUO TECHNOLOGY
                                            CO., LTD., BAMBULAB LIMITED, AND
                                            TUOZHU TECHNOLOGY LIMITED

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rules, counsel for Defendants conferred with counsel for Plaintiff on December 19, 2024, and December 20, 2024.  Plaintiff is unopposed to the extensions.

<u>/s/ David M. Barkan</u>
David Barkan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 20, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>/s/ David M. Barkan</u>
David M. Barkan