IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY AND SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTY**

Having considered the parties' Joint Motion for an Extension of Time to File Reply and Sur-reply to Defendants' Motion to Dismiss for Failure to Join Indispensable Party (ECF No. 38), it is hereby ORDERED that the Motion is GRANTED.

THEREFORE, the deadline for Defendants to file their reply to the Motion to Dismiss for Failure to Join Indispensable Party is January 3, 2025, and the deadline for Plaintiff to file its Sur-reply is January 17, 2025.