IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>*Defendants*. | CIVIL ACTION NO. 2:24-CV-00644-JRG |

## ORDER

Before the Court is the Joint Motion for Extension of Time to file Reply and Sur-Reply to Defendants' Motion to Dismiss for Failure to Join Indispensable Party filed by Plaintiff Stratasys, Inc. ("Plaintiff") and Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, And Tuozhu Technology Limited ("Defendants"). (Dkt. No. 44.) In the Motion, the parties request an extension of time to file the Reply until January 3, 2025 and an extension of time to file the Sur-Reply until January 17, 2025. (*Id*. at 1.) The Motion is unopposed. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendants to file their Reply is **extended** until January 3, 2025 and the deadline for Plaintiff to file its Sur-Reply is **extended** until January 17, 2025.

**So ORDERED and SIGNED this 23rd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE