IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STRATASYS, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CASE NO. 2:24-CV-00644-JRG | |
| § | (LEAD CASE) | |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., and TUOZHU TECHNOLOGY LIMITED § | | |
| § | | |
| *Defendants*. § | | |
| STRATASYS, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CASE NO. 2:24-CV-00645-JRG | |
| § | (MEMBER CASE) | |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., and TUOZHU TECHNOLOGY LIMITED § | | |
| § | | |
| *Defendants*. § | | |

**ORDER**

Before the Court is the Unopposed Motion for Leave to Serve Amended Infringement Contentions (the "Motion") filed by Plaintiff Stratasys, Inc. ("Plaintiff"). (Dkt. No. 50.) In the Motion, Plaintiff moves for leave to amend its infringement contentions to correct the priority dates for U.S. Patent No. 9,168,698, U.S. Patent No. 10,556,381, U.S. Patent No. 10,569,466, U.S. Patent No. 11,167,464, U.S. Patent No. 8,747,097, and U.S. Patent No. 8,562,324 (collectively, the "Relevant Patents") under Local Patent Rule 3-6(b). (*Id.* at 2.) Plaintiff also moves for leave for Defendants Shenzhen Tuozhu Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd.,

Bambulab Ltd., and Tuozhu Technology Limited (collectively, the "Defendants") to amend their invalidity contentions to assert an earlier date of public availability for their existing prior art references to the Relevant Patents or to substitute references for any reference that is no longer prior art in view of the change in priority dates. (*Id*. at 7.) The Motion is unopposed. (*Id*. at 2.)

Having considered the Motion, and noting it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff may amend its Infringement Contentions to correct the priority dates of the Relevant Patents under Local Patent Rule 3-6(b). The Court further **ORDERS** that Defendants may amend their invalidity contentions to assert an earlier date of public availability for their existing prior art references to the Relevant Patents or to substitute references for any reference that is no longer prior art in view of the change in priority dates.

**So ORDERED and SIGNED this 8th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE