**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00644-JRG |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., and TUOZHU TECHNOLOGY LIMITED, | § § § § § § § | (LEAD CASE) |
| *Defendants*. | § | |
| STRATASYS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00645-JRG |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., and TUOZHU TECHNOLOGY LIMITED, | § § § § § § § | (MEMBER CASE) |
| *Defendants*. | § | |

**<u>ORDER</u>**

The Court issues this order *sua sponte*. On May 30, 2025, Plaintiff Stratasys, Inc. ("Plaintiff") submitted the Unopposed Motion to Consolidate (the "Motion"). (Dkt. No. 54.) In the Motion, Plaintiff moves under 35 U.S.C. § 299(a) to consolidate Case No. 2:25-cv-00465-JRG with the above-captioned cases "for all purposes, including through trial." (*Id*. at 2.) Plaintiff argues that, as an independent basis for consolidation, the decision of Defendants Shenzhen Tuozhu Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., Bambulab Ltd., and Tuozhu

Technology Limited (together, the "Defendants") to not oppose the Motion functions as a waiver of the limitations set forth in 35 U.S.C. § 299(a) under 35 U.S.C. § 299(c). (*Id.* at 5, n 1.)

In an abundance of caution, the Court hereby **ORDERS** Defendants to file a response to the Motion that expressly indicates whether they do or do not waive application of 35 U.S.C. § 299(a) within ten (10) days from the date of this Order.

**So Ordered this**

**Jun 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2