IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**BAMBU'S NOTICE OF SUPPLEMENTAL FACTS REGARDING STRATASYS'S OPPOSITION TO BAMBU'S MOTION FOR PROTECTIVE ORDER**

Bambu provides the following material facts omitted from Stratasys's opposition (Dkt. 155) to Bambu's Motion for Protective Order as to its CEO (Dkt. 151). In its opposition, Stratasys stated that "None of the BambuLab witnesses deposed to date could explain the roles of the various Defendant entities in making, importing, selling, or offering for sale the accused products" (Dkt. 155 at 4), and that Bambu's CEO is the only witness who has complete knowledge

of Bambu's "corporate structure." (*id.* at 2, 4, 5, 6). The testimony of Zhiming Xiao—Bambu's 30(b)(6) designee as to Topic 61 (Bambu's "present and historical corporate structure and organizational structure")—provides supplemental facts necessary to decide this dispute. *See* Ex. A at 7:21-8:24, 9:11-21, 10:21-11:25, 14:15-15:8, 15:9-21.

Dated: January 15, 2026                          Respectfully submitted,

                                                 */s/ Michael A. Vincent*
                                                 Gregory P. Love (TX 24013060)
                                                 greg@stecklerlaw.com
                                                 STECKLER WAYNE & LOVE
                                                 107 E Main Street
                                                 Henderson, TX 75652
                                                 Tel: (903) 212-4444

                                                 Carl E. Bruce (TX 24036278)
                                                 bruce@fr.com
                                                 Thomas H. Reger, II (TX 24032992)
                                                 reger@fr.com
                                                 Aaron P. Pirouznia (TX 24098958)
                                                 pirouznia@fr.com
                                                 Michael A. Vincent (TX 24105738)
                                                 vincent@fr.com
                                                 FISH & RICHARDSON P.C.
                                                 1717 Main Street, Suite 5000
                                                 Dallas, TX 75201
                                                 Tel: (214) 747-5070

                                                 David M. Barkan (CA 160825)
                                                 barkan@fr.com
                                                 FISH & RICHARDSON P.C.
                                                 500 Arguello Street, Suite 400
                                                 Redwood City, CA 94063
                                                 Tel: (650) 839-5070

                                                 Brendan F. McLaughlin (DC 1671658)
                                                 bmclaughlin@fr.com
                                                 FISH & RICHARDSON P.C.
                                                 1000 Maine Avenue, S.W.
                                                 Washington, DC 20024
                                                 Tel: (202) 783-5070

2

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 15, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael A. Vincent
Michael A. Vincent