**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00644-JRG |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED, | § § § § § § § | (LEAD CASE) |
| *Defendants*. | § § | |
| STRATASYS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00645-JRG |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED, | § § § § § § § | (MEMBER CASE) |
| *Defendants*. | § § | |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LIMITED, *and* TUOZHU TECHNOLOGY LIMITED, | § § § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CASE NO. 2:25-CV-00465-JRG |
| STRATASYS, INC., | § § § | (MEMBER CASE) |
| *Defendant*. | § § | |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order (the "Motion") filed by Plaintiffs BambuLab USA, Inc., Shenzhen Tuozhu Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., BambuLab Limited, and Tuozhu Technology Limited and Defendant Stratasys, Inc. (collectively, the "Parties"). (Member Case No. 2:25-cv-00465-JRG (the "Member Case"), Dkt. No. 50). However, since the filing of the Motion, the Court has consolidated the Member Case in Lead Case No. 2:24-cv-00644-JRG. (*See* Member Case, Dkt. No. 52).

Accordingly, and in light of these facts, the Court finds that the Motion should be and hereby is **DENIED AS MOOT**.

**So Ordered this**

**Feb 24, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE