**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| Stratasys, Inc.,<br><br>    Plaintiff,<br><br>       v.<br><br>Shenzhen Touzhu Technology Co. Ltd.,<br>et al.,<br><br>    Defendants. | Civil No. 2:24-cv-644-JRG |

**MEDIATOR'S REPORT**

Pursuant to the Eastern District of Texas Court-Annexed Mediation Plan, the undersigned reports that he conducted a mediation with the parties on March 26, 2026. Trial counsel of record, including local counsel, and appropriate client representatives participated for the parties. The mediation session was continued, and the undersigned will remain engaged with the parties to continue resolution discussions.

Respectfully submitted,

  */s/ Wesley Hill*
Wesley Hill
Tex. Bar No. 24032294
J. WESLEY HILL, P.C.
5380 Old Bullard Rd., Ste. 600 PMB 180
Tyler, TX 75703
Tel: (903) 251-3950
wh@jwhpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by electronic delivery on this 14th day of April, 2026.

/s/ Wesley Hill
Wesley Hill