# EXHIBIT 2

# INTENTIONALLY OMITTED