# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Stratasys, Inc., | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | | (Lead Case) |
| *Defendants*. | | |

| | | |
|---|---|---|
| Stratasys, Inc., | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | | (Member Case) |
| *Defendants*. | | |

| | | |
|---|---|---|
| BambuLab USA, Inc., *et al.*, | § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Case No. 2:25-cv-00465-JRG |
| Stratasys, Inc. | | (Member Case) |
| *Defendant*. | | |

**EXHIBIT 4**

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESS LIST
FOR CASE NO. 2:24-cv-00644**

i

Plaintiff Stratasys, Inc. (referred to herein, as "Stratasys" or "Plaintiff"), pursuant to the Court's Second Amended Docket Control Order (Dkt. 164), serves these objections to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc.'s (collectively, "Bambu" or "Defendants") Witness List for Case No. 2:24-cv-00644.

1. Stratasys objects to Bambu's Witness List because Bambu includes witnesses that have not sat for deposition, including William Albert, Jon Cowan, Angela Ibanga, Tray Waller, Trim Odom, and Dawson Lang—all of whom are believed to be third parties. Bambu identified these individuals in Defendants' Fourth Supplemental Initial and Additional Disclosures, dated January 20, 2026. As such, it has known about these individuals but has not diligently pursued their depositions. To the extent Bambu intends to call any of these witnesses, Stratasys is entitled to a deposition of each before trial. *See* Dkt. 106. Otherwise, Stratasys requests that the Court strike these individuals from Bambu's Witness List.

Stratasys currently has no other objections to Bambu's Witness List, subject to the disclosed objections, objections to deposition designations, other motions, and contemporaneous objections to testimony at trial. Stratasys reserves the right to supplement, amend, or modify these objections and its witness lists in view of and/or in response to Bambu's designations and evidence, the Court's ruling on any pretrial motions or other issues, and as Stratasys' preparation for trial proceeds. Stratasys reserves the right to call live and/or present deposition testimony of individuals designated by Bambu. Stratasys reserves the right to supplement, amend, or modify its deposition testimony designations in view of and/or in response to Bambu's designations and evidence, the

Court's ruling on any pretrial motions or other issues, and as Stratasys' preparation for trial

proceeds.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § § § | (Lead Case) |
| *al.*, | § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| Stratasys, Inc., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § § § | (Member Case) |
| *al.*, | § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| BambuLab USA, Inc., *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Case No. 2:25-cv-00465-JRG |
| Stratasys, Inc. | § § | (Member Case) |
| *Defendant*. | § § § § | |

## EXHIBIT 4

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESS LIST
FOR CASE NO. 2:24-cv-00645**

i

Plaintiff Stratasys, Inc. (referred to herein, as "Stratasys" or "Plaintiff"), pursuant to the Court's Second Amended Docket Control Order (Dkt. 164), serves these objections to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc.'s (collectively, "Bambu" or "Defendants") Witness List for Case No. 2:24-cv-00645.

1. Stratasys objects to Bambu's Witness List because Bambu includes witnesses that have not sat for deposition, including William Albert, Jon Cowan, Angela Ibanga, Tray Waller, Trim Odom, and Dawson Lang—all of whom are believed to be third parties. Bambu identified these individuals in Defendants' Fourth Supplemental Initial and Additional Disclosures, dated January 20, 2026. As such, it has known about these individuals but has not diligently pursued their depositions. To the extent Bambu intends to call any of these witnesses, Stratasys is entitled to a deposition of each before trial. *See* Dkt. 106. Otherwise, Stratasys requests that the Court strike these individuals from Bambu's Witness List.

Stratasys currently has no other objections to Bambu's Witness List, subject to the disclosed objections, objections to deposition designations, other motions, and contemporaneous objections to testimony at trial. Stratasys reserves the right to supplement, amend, or modify these objections and its witness lists in view of and/or in response to Bambu's designations and evidence, the Court's ruling on any pretrial motions or other issues, and as Stratasys' preparation for trial proceeds. Stratasys reserves the right to call live and/or present deposition testimony of individuals designated by Bambu. Stratasys reserves the right to supplement, amend, or modify its deposition testimony designations in view of and/or in response to Bambu's designations and evidence, the

Court's ruling on any pretrial motions or other issues, and as Stratasys' preparation for trial proceeds.