# EXHIBIT 7

**Joint Trial Exhibit List (-644)**

| Exhibit No. | Description | Bates |
|---|---|---|
| JTX-0001 | _US7555357 | SSYSBL000002358-SSYSBL000002393 |
| JTX-0002 | _US9421713 | SSYSBL000002452-SSYSBL000002469 |
| JTX-0003 | _US9168698 | SSYSBL000002438-SSYSBL000002451 |
| JTX-0004 | _US10556381 | SSYSBL000002478-SSYSBL000002491 |
| JTX-0005 | _US9592660 | SSYSBL000002470-SSYSBL000002477 |
| JTX-0006 | Bambu Academy | BAMBU-00361818-BAMBU-00363842 |
| JTX-0007 | Bambulab USA Inc. Finance Statement 2020-2024 | BAMBU-00332632 |
| JTX-0008 | Bambulab USA Sale Gross Profit Rate 2022-2024 | BAMBU-00364291 |
| JTX-0009 | BambuLab's Wiki Website | Exhibit A to Infringement Reports; BAMBU-00006185-BAMBU-00006216; BAMBU-00006272-BAMBU-00006302 |
| JTX-0010 | BambuLab's Store Website | Exhibit F to Infringement Reports |
| JTX-0011 | Bambu Studio Source Code | BAMBU-00038879 SSYSBL000470434 |
| JTX-0012 | Bambu Lab X1: CoreXY Color 3D Printer with Lidar and Al | BAMBU-00332268-BAMBU-00332296 |
| JTX-0013 | https://github.com/bambulab/BambuStudio/releases/tag/v02.03.00.70 | BAMBU-00341320-BAMBU-00341326 |
| JTX-0014 | BambuLab's Source Code | BAMBU-SC-0000001-BAMBU-SC-001199 |
| JTX-0015 | A1 Mini Combo Manual | BAMBU-00000001 |
| JTX-0016 | A1 Combo Manual | BAMBU-00000065 |
| JTX-0017 | AMS Lite Manual | BAMBU-00000097 |
| JTX-0018 | AMS Manual | BAMBU-00000129 |
| JTX-0019 | P1P Manual | BAMBU-00000143 |
| JTX-0020 | P1S Combo Manual | BAMBU-00000160 |
| JTX-0021 | H2C Combo Manual | BAMBU-00333038 |
| JTX-0022 | X1-Carbon Manual | BAMBU-00000181 |
| JTX-0023 | X1E Combo Manual | BAMBU-00000201 |
| JTX-0024 | P2S Combo Manual | BAMBU-00332701 |
| JTX-0025 | H2D Combo Manual | BAMBU-00332783 |
| JTX-0026 | AMS 2 Pro Manual | BAMBU-00332823 |
| JTX-0027 | AMS HT Manual | BAMBU-00332867 |
| JTX-0028 | H2D Pro Manual | BAMBU-00332919 |
| JTX-0029 | H2S Combo Manual | BAMBU-00333001 |
| JTX-0030 | BambuLab's Wiki Web Pages: Build Plates / Heat Bed | BAMBU-00006385-BAMBU-00006401 BAMBU-00001592-BAMBU-00001596 BAMBU-00001810-BAMBU-00001813 BAMBU-00004291-BAMBU-00004293 BAMBU-00004818-BAMBU-00004822 SSYSBL000435817-SSYSBL000435834 SSYSBL000436269-SSYSBL000436272 SSYSBL000436679-SSYSBL000436691 SSYSBL000446785-SSYSBL000446790 BAMBU-00007109-BAMBU-00007112 |
| JTX-0031 | BambuLab's Wiki Web Page: What is Bambu Lab Wiki? | BAMBU-00003705 |
| JTX-0032 | BambuLab's Wiki Web Pages: AC Board | BAMBU-00000346-BAMBU-00000352 BAMBU-00000626-BAMBU-00000634 BAMBU-00000846-BAMBU-00000851 BAMBU-00343000-BAMBU-00343007 |
| JTX-0033 | Bambu Business Customer Sales 2022-2024 | BAMBU-00190653-BAMBU-00190653 |
| JTX-0034 | Bukkapatnam | BAMBU-00037591 |
| JTX-0035 | US20170036403 (Ruff) | BAMBU-00036895 |
| JTX-0036 | US20080195353 (Igasaki) | BAMBU-00037782 |

1

| JTX-0037 | US6823230 (Jamalabad) | BAMBU-00040100 |
|---|---|---|
| JTX-0038 | US6547995 (Comb) | BAMBU-00040420 |
| JTX-0039 | US5738817 (Danforth) | BAMBU-00041535 |
| JTX-0040 | Qiu, Void Eliminating Toolpath for Extrusion-Based Multi-Material Layered Manufacturing | BAMBU-00041403 |
| JTX-0041 | Kao, Optimal Motion Planning for Deposition in Layered Manufacturing | BAMBU-00041095 |
| JTX-0042 | Agarwala | BAMBU-00041062 |
| ████ | ████████████████████████ | ████████████ |

**Joint Trial Exhibit List (-645)**

| Exhibit No. | Description | Bates |
|---|---|---|
| JTX-0001 | _US10569466 | SSYSBL000002492-SSYSBL000002513 |
| JTX-0002 | _US11167464 | SSYSBL000002514-SSYSBL000002535 |
| JTX-0003 | _US8747097 | SSYSBL000002416-SSYSBL000002437 |
| JTX-0004 | _US11886774 | SSYSBL000002536-SSYSBL000002562 |
| JTX-0005 | _US8562324 | SSYSBL000002394-SSYSBL000002415 |
| JTX-0006 | Bambu Academy | BAMBU-00361818-BAMBU-00363842 |
| JTX-0007 | Bambulab USA Inc. Finance Statement 2020-2024 | BAMBU-00332632 |
| JTX-0008 | Bambulab USA Sale Gross Profit Rate 2022-2024 | BAMBU-00364291 |
| JTX-0009 | BambuLab's Wiki Website | Exhibit A to Infringement Reports; BAMBU-00006185-BAMBU-00006216; BAMBU-00006272-BAMBU-00006302 |
| JTX-0010 | BambuLab's Store Website | Exhibit F to Infringement Reports |
| JTX-0011 | Bambu Studio Source Code | BAMBU-00038879 SSYSBL000470434 |
| JTX-0012 | Bambu Lab X1: CoreXY Color 3D Printer with Lidar and AI | BAMBU-00332268-BAMBU-00332296 |
| JTX-0013 | https://github.com/bambulab/BambuStudio/releases/tag/v02.03.00.70 | BAMBU-00341320-BAMBU-00341326 |
| JTX-0014 | BambuLab's Source Code | BAMBU-SC-0000001-BAMBU-SC-001199 |
| JTX-0015 | A1 Mini Combo Manual | BAMBU-00000001 |
| JTX-0016 | A1 Combo Manual | BAMBU-00000065 |
| JTX-0017 | AMS Lite Manual | BAMBU-00000097 |
| JTX-0018 | AMS Manual | BAMBU-00000129 |
| JTX-0019 | P1P Manual | BAMBU-00000143 |
| JTX-0020 | P1S Combo Manual | BAMBU-00000160 |
| JTX-0021 | X1E Combo Manual | BAMBU-00000201 |
| JTX-0022 | P2S Combo Manual | BAMBU-00332701 |
| JTX-0023 | H2D Combo Manual | BAMBU-00332783 |
| JTX-0024 | AMS 2 Pro Manual | BAMBU-00332823 |
| JTX-0025 | AMS HT Manual | BAMBU-00332867 |
| JTX-0026 | H2D Pro Manual | BAMBU-00332919 |
| JTX-0027 | H2S Combo Manual | BAMBU-00333001 |
| JTX-0028 | H2C Combo Manual | BAMBU-00333038 |
| JTX-0029 | X1-Carbon Manual | BAMBU-00000181 |
| JTX-0030 | BambuLab's Wiki Web Pages: AMS Setup | BAMBU-00004810 |
| JTX-0031 | BambuLab's Wiki Web Pages: Filament | BAMBU-00001073-BAMBU-00001080 BAMBU-00001132-BAMBU-00001139 BAMBU-00001329-BAMBU-00001332 BAMBU-00003865-BAMBU-00003867 |
| JTX-0032 | BambuLab's Wiki Web Page: What is Bambu Lab Wiki? | BAMBU-00003705 |
| JTX-0033 | BambuLab's Wiki Web Pages: Bambu Studio | BAMBU-00001191-BAMBU-00001198 SSYSBL000449267-SSYSBL000449273 |
| JTX-0034 | BambuLab's Wiki Web Pages: Printer Capabilities | SSYSBL000446998-SSYSBL000447020 SSYSBL000452750-SSYSBL000452758 SSYSBL000454669-SSYSBL000454679 SSYSBL000456490-SSYSBL000456506 SSYSBL000450145-SSYSBL000450177 |
| JTX-0035 | Bambu Business Customer Sales 2022-2024 | BAMBU-00190653-BAMBU-00190653 |
| ██████ | ████████████████████████ ██████ | ████████████████████ ████████████████████ ████████████████████ |
| JTX-0037 | US20100192806 (Heugel) | BAMBU-00036595 |
| JTX-0038 | US6022207 (Dahlin) | BAMBU-00036629 |
| JTX-0039 | US20060111807 (Gothait) | BAMBU-00180834 |
| JTX-0040 | US20060127153 (Menchik) | BAMBU-00370114 |

| JTX-0041 | US20070026102 (Devos) | BAMBU-00370128 |
|---|---|---|
| JTX-0042 | WO2008102266A2 (Biton) | BAMBU-00035232 |
| JTX-0043 | US7216009 (Farnworth) | BAMBU-00035532 |
| JTX-0044 | US6580959 (Mazumder) | BAMBU-00035683 |
| JTX-0045 | WO2010026397 (Scott) | BAMBU-00035726 |
| JTX-0046 | | |