# EXHIBIT 8

**Plaintiff's Trial Exhibit List (-644)**

| Exhibit No. | Description | Bates | Defendants' Objections |
|---|---|---|---|
| PTX-0001 | TT-2023&2024 Spreadsheet | BAMBU-00189967 | 602 |
| PTX-0002 | Why Choose Bambu Survey 数据(1201&1208) | BAMBU-00361423 | 402, 403, 802, Daubert |
| PTX-0003 | Industrial Production, "Nomination Products of the Year 2024: Stratasys: Printer F3300." | SSYSBL000002609-SSYSBL000002612 | 402, 403, 602, 802 |
| PTX-0004 | 3 - 1g Y.BC.BQ.Z0052-10_BLP001-包装-X1C快速入门（英文）.pdf ("X1 Carbon Manual") | SSYSBL000006367-SSYSBL000006382 | 901 |
| PTX-0005 | 3 - 1h Y.BC.BQ.Z0056-09_BLP001-包装-套装快速入门(英文).pdf ("X1 Carbon Combo Manual") | SSYSBL000006383-SSYSBL000006402 | 901 |
| PTX-0006 | 3 - 1i Quick-Start-P1P_en.pdf ("P1P Manual") | SSYSBL000006403-SSYSBL000006418 | 901 |
| PTX-0007 | 3 - 1p Y.BC.SM.A00208-02_X1E EN.pdf ("AMS Manual") | SSYSBL000006546-SSYSBL000006570 | 901 |
| PTX-0008 | 3 - 28 DOC 1 - Y.BC.BQ.Z0052-10_BLP001-包装-X1C快速入门(英文).pdf (P1S Manual) | SSYSBL000006705-SSYSBL000006720 | 901 |
| PTX-0009 | F3300 Product Label | SSYSBL000017118 | 402, 403, 602, 901 |
| PTX-0010 | FDM System sales 2018_2025 YTD ver 9.23.xlsx | SSYSBL000191075 | 602, 802, 901 |
| PTX-0011 | BambuLab Website | SSYSBL000467527-SSYSBL000470433 | Comp |
| PTX-0012 | Evidence from Testing | Exhibit G to Osswald Opening Expert Report | U, 901, Unidentifiable |
| PTX-0013 | https://www.youtube.com/shorts/XS6TcwA1qBg | | U, 403, 602, 802, 901 |
| PTX-0014 | https://www.youtube.com/shorts/Z4bMcA1mATw | | U, 403, 602, 802, 901 |
| PTX-0015 | https://www.youtube.com/watch?v=asXf7KNCerQ | | U, 403, 602, 802, 901 |
| PTX-0016 | 2024-08-05 Notice Letter to Bambu Lab | | U, 802, 901 |
| PTX-0017 | 409357-MA01.pdf | SSYSBL000017117 | 402, 403, 602, 901 |
| PTX-0018 | 409912-0002.pdf | SSYSBL000019879 | 402, 403, 602, 901 |
| PTX-0019 | Acrobat Document4.pdf | SSYSBL000019931 | 402, 403, 602, 901 |
| PTX-0020 | Data FDM 2020-2025 values.xlsx | SSYSBL000287224 | 602, 901 |
| PTX-0021 | CL Bambu 2023-2025.xlsx | SSYSBL000470766 | 602, 802 |
| PTX-0022 | Kennedy Bambu Sales Summary Exhibit | Kennedy Supplement Ex. 15 | |
| PTX-0023 | Kennedy Stratasys Financials Summary Exhibit | Kennedy Ex. 21 | |
| PTX-0024 | Email from ██████████████████████ | BAMBU-00201030-BAMBU-00201047 | 402, 403, 602, 802, FL |
| PTX-0025 | Email from ██████████████████ | BAMBU-00190658-BAMBU-00190659 | 402, 403, 602, 802, FL |
| PTX-0026 | Email from ██████████████████ | BAMBU-00190654-BAMBU-00190656 | 402, 403, 602, 802, FL |
| PTX-0027 | ████████████████ | BAMBU-00190660 | 402, 403, 602, FL |
| PTX-0028 | ████████████████ | BAMBU-00293842 | 402, 403, 602, 802, FL |
| PTX-0029 | Sub-Attachment on Science and Technology Spreadsheet | BAMBU-00190657 | 402, 403, 602, FL |

1

**Plaintiff's Trial Exhibit List (-645)**

| Exhibit No. | Description | Bates | Defendants' Objections |
|---|---|---|---|
| PTX-0001 | TT-2023&2024 Spreadsheet | BAMBU-00189967 | 602 |
| PTX-0002 | Why Choose Bambu Survey 数据(1201&1208) | BAMBU-00361423 | 402, 403, 802, Daubert |
| PTX-0003 | Industrial Production, "Nomination Products of the Year 2024: Stratasys: Printer F3300." | SSYSBL000002609-SSYSBL000002612 | 402, 403, 602, 802 |
| PTX-0004 | 3 - 1g Y.BC.BQ.Z0052-10_BLP001-包装-X1C快速入门（英文）.pdf ("X1 Carbon Manual") | SSYSBL000006367-SSYSBL000006382 | 901 |
| PTX-0005 | 3 - 1h Y.BC.BQ.Z0056-09_BLP001-包装-套装快速入门(英文).pdf ("X1 Carbon Combo Manual") | SSYSBL000006383-SSYSBL000006402 | 901 |
| PTX-0006 | 3 - 1i Quick-Start-P1P_en.pdf ("P1P Manual") | SSYSBL000006403-SSYSBL000006418 | 901 |
| PTX-0007 | 3 - 1p Y.BC.SM.A00208-02_X1E EN.pdf ("AMS Manual") | SSYSBL000006546-SSYSBL000006570 | 901 |
| PTX-0008 | 3 - 28 DOC 1 - Y.BC.BQ.Z0052-10_BLP001-包装-X1C快速入门(英文).pdf (P1S Manual) | SSYSBL000006705-SSYSBL000006720 | 901 |
| PTX-0009 | F3300 Product Label | SSYSBL000017118 | 402, 403, 602, 901 |
| PTX-0010 | FDM System sales 2018_2025 YTD ver 9.23.xlsx | SSYSBL000191075 | 602, 802, 901 |
| PTX-0011 | BambuLab Website | SSYSBL000467527-SSYSBL000470433 | Comp |
| PTX-0012 | Evidence from Testing | Exhibit G to Gall Opening Expert Report | U, 901, Unidentifiable |
| PTX-0013 | https://www.youtube.com/watch?v=asXf7KNCerQ | | U, 403, 602, 802, 901 |
| PTX-0014 | 2024-08-05 Notice Letter to Bambu Lab | | U, 802, 901 |
| PTX-0015 | Kennedy Bambu Sales Summary Exhibit | Kennedy Supplement Ex. 15 | |
| PTX-0016 | Kennedy Stratasys Financials Summary Exhibit | Kennedy Ex. 21 | |
| PTX-0017 | Email from ███████████████ ██████████ | BAMBU-00201030-BAMBU-00201047 | 402, 403, 602, 802, FL |
| PTX-0018 | Email from ████████████ | BAMBU-00190658-BAMBU-00190659 | 402, 403, 602, 802, FL |
| PTX-0019 | Email from ████████████ | BAMBU-00190654-BAMBU-00190656 | 402, 403, 602, 802, FL |
| PTX-0020 | ████████████████ | BAMBU-00190660 | 402, 403, 602, FL |
| PTX-0021 | ████████████████ | BAMBU-00293842 | 402, 403, 602, 802, FL |
| PTX-0022 | Sub-Attachment on Science and Technology Spreadsheet | BAMBU-00190657 | 402, 403, 602, FL |