# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § | (Lead Case) |
| | § | |
| *al.*, | § | |
| | § | |
| *Defendants*. | § | |

**EXHIBIT 9 - DEFENDANTS' TRIAL EXHIBIT LIST**

| Ex. No. | Start Bates | End Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DTX-001 | BAMBU-00037913 | BAMBU-00037914 | OkOb.net Tips & Tricks Blog | FRE 403, R, H, C, FN, SO, Auth |
| DTX-002 | Qualup-00000400 | Qualup-00000624 | March 2014 Spiderbot Assembly Manual | FRE 403, R, H, C, FN, SO, Auth |
| DTX-003 | Qualup-00001958 | Qualup-00001958 | 3/14/14 invoice | FRE 403, R, H, C, FN, SO, Auth |
| DTX-004 | AIRWOLF-000056 | AIRWOLF-000177 | Email fr Airwolf 3d to info re New Order Notification: ef11565b6930 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-005 | DUMMER_000051 | DUMMER_000051 | KISSlicer change log | FRE 403, R, H, C, FN, SO, Auth |
| DTX-006 | DUMMER_000023 | DUMMER_000025 | KISSlicer archived website pages | FRE 403, R, H, C, FN, SO, Auth |
| DTX-007 | BAMBU-00364292 | BAMBU-00364292 | The Replicator Schematics MakerBot Industries dated February 2012 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-008 | MAKERBOTBL00018910 | MAKERBOTBL00018910 | Sales Rec Jan 2012 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-009 | MAKERBOTBL00018895 | MAKERBOTBL00018896 | Printout of an order for a MakerBot Replicator dated January 30, 2012 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-010 | BAMBU-00340055 | BAMBU-00340059 | Trademark for the Replicator from the United States Patent and Trademark Office | FRE 403, R, H, C, FN, SO, Auth |
| DTX-011 | MAKERBOTBL00018937 | MAKERBOTBL00018950 | Stratasys, Limited MakerBot Industries, LLC Open Source Software Policy dated October 23, 2015 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-012 | BAMBU-00375061 | BAMBU-00375089 | US20240083117 (Gregg) | FRE 403, R, H, C, FN, SO, Auth |
| DTX-013 | BAMBU-00037879 | BAMBU-00037899 | WO2012085914 (Belocon) | FRE 403, R, H, C, FN, SO, Auth |
| DTX-014 | N/A | N/A | https://www.gnu.org/licenses/agpl-3.0.en.html | FRE 403, R, H, C, FN, SO, Auth |

| Ex. No. | Start Bates | End Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DTX-015 | Keegan-0000094 | Keegan-00000151 | Just Another RepRap | FRE 403, R, H, C, FN, SO, Auth |
| DTX-016 | Montronix-00000020 | Montronix-00000021 | Spectra Pulse Data Sheet.pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-017 | Montronix-00000024 | Montronix-00000047 | SPECTRA-Pulse_52003_English_Chp1.pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-018 | Montronix-00000001 | Montronix-00000001 | 303735_Spectra Pulse with DS-1(11x17).pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-019 | N/A | N/A | https://me.berkeley.edu/wp-content/uploads/2020/09/Stratasys-F123-Series-User-Guide.pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-020 | SSYSBL00093068 | SSYSBL00093070 | E-mail from William Swanson to Scott Crump re my future role in Stratasys | FRE 403, R, H, C, FN, SO |
| DTX-021 | BAMBU-00332634 | BAMBU-00332652 | Q1 2025 Earnings Call Transcript | FRE 403, R, H, C, FN, SO |
| DTX-022 | BAMBU-00311188 | BAMBU-00311188 | Bambulab USA Cost 2020-2024.xlsx | H, C, FN, SO, Auth |
| DTX-023 | N/A | N/A | Kindler Summary Exhibits | FRE 403, R, H, C, FN, SO, Auth |
| DTX-024 | N/A | N/A | Milsark Summary Exhibits | FRE 403, R, H, C, FN, SO, Auth, Demonstrative |
| DTX-025 | Bakin-00000309 | Bakin-00000372 | Blog access log entries | FRE 403, R, H, C, FN, SO, Auth |
| DTX-026 | BAMBU-00038234 | BAMBU-00038234 | x2 dual color print video | FRE 403, R, H, C, FN, SO, Auth |
| DTX-027 | Keegan-00000267 | Keegan-00000267 | Video | FRE 403, R, H, C, FN, SO, Auth |
| DTX-028 | SSYSBL000361949 | SSYSBL000361949 | Lost to Competition - Anti-Trust.xlsx | FRE 403, R, H, C, FN, SO |
| DTX-029 | AIRWOLF-000001 | AIRWOLF-000001 | 3D Printer Bed Adhesion for ABS and Heated Bed - Wolfbite for ABS; PETG; TPU; and TPE.mp4 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-030 | MAKERBOTBL00018899 | MAKERBOTBL00018900 | MakerBot Replicator Specifications | FRE 403, R, H, C, FN, SO, Auth |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § | (Member Case) |
| | § | |
| *al.*, | § | |
| | § | |
| *Defendants*. | § | |

**EXHIBIT 9a - DEFENDANTS' TRIAL EXHIBIT LIST**

| Ex. No. | Start Bates | End Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DTX-001 | BAMBU-00038268 | BAMBU-00038288 | How to Use ReplicatorG Wayback Machine web page | FRE 403, R, H, C, FN, SO, Auth |
| DTX-002 | BAMBU-00340055 | BAMBU-00340059 | Trademark for the Replicator from the United States Patent and Trademark Office | FRE 403, R, H, C, FN, SO, Auth |
| DTX-003 | BAMBU-00364296 | BAMBU-00364301 | Change log history | FRE 403, R, H, C, FN, SO, Auth |
| DTX-004 | BAMBU-00369916 | BAMBU-00369916 | replicatorg-0034-windows.zip | FRE 403, R, H, C, FN, SO, Auth |
| DTX-005 | BAMBU-00190619 | BAMBU-00190634 | Dr. Terrible's House of Bloggable Tag: AccurateCNC 360 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-006 | BAMBU-00190593 | BAMBU-00190618 | Dr. Terrible's House of Bloggable Tag: AccurateCNC | FRE 403, R, H, C, FN, SO, Auth |
| DTX-007 | BAMBU-00038740 | BAMBU-00038775 | US20150165685A1 (Klappert).pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-008 | BAMBU-00363909 | BAMBU-00364066 | Eden260V 3-D printer system user guide English version.pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-009 | SSYSBL000017944 | SSYSBL000017959 | 3_Eden260V.pdf | FRE 403, R, H, C, FN, SO |
| DTX-010 | SSYSBL000018160 | SSYSBL000018331 | DOC-32010_A_Eden260V-UserGuide - DEC2011.pdf | FRE 403, R, H, C, FN, SO |
| DTX-011 | SSYSBL000019572 | SSYSBL000019572 | Copy of 2009 Ytd Eden-Connex Book-Ship Nov22.xls | FRE 403, R, H, C, FN, SO |
| DTX-012 | N/A | N/A | Eden 260v Printer | FRE 403, R, H, C, FN, SO, Auth |
| DTX-013 | SSYSBL000054348 | SSYSBL000054348 | Copy of SFDC - Primary application Split FDM + PJ.xlsx | FRE 403, R, H, C, FN, SO |
| DTX-014 | SSYSBL000227575 | SSYSBL000227730 | Fortus_360_400mc_User_Guide.pdf | FRE 403, R, H, C, FN, SO |
| DTX-015 | BAMBU-00035339 | BAMBU-00035389 | Bonassar - US20060160250A1.pdf | FRE 403, R, H, C, FN, SO, Auth |

| Ex. No. | Start Bates | End Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DTX-016 | BAMBU-00180658 | BAMBU-00180727 | Dimension BST 768 user guide | FRE 403, R, H, C, FN, SO, Auth |
| DTX-017 | | | https://me.berkeley.edu/wp-content/uploads/2020/09/Stratasys-F123-Series-User-Guide.pdf | FRE 403, R, H, C, FN, SO, Auth |
| DTX-018 | SSYSBL000010878 | SSYSBL000010879 | 2007-02-08 PR.pdf | FRE 403, R, H, C, FN, SO |
| DTX-019 | BAMBU-00332634 | BAMBU-00332652 | Q1 2025 Earnings Call Transcript | FRE 403, R, H, C, FN, SO |
| DTX-020 | BAMBU-00311188 | BAMBU-00311188 | Bambulab USA Cost 2020-2024.xlsx | H, C, FN, SO, Auth |
| DTX-021 | N/A | N/A | 2026-02-09 Appx A to Bambu Kindler Rebuttal Expert Rpt | FRE 403, R, H, C, FN, SO, Auth |
| DTX-022 | N/A | N/A | 2026-02-09 R-AEO Appx A to Bambu Milsark Rebuttal Expert Rpt | FRE 403, R, H, C, FN, SO, Auth, Demonstrative |
| DTX-023 | MAKERBOTBL00018899 | MAKERBOTBL00018900 | MakerBot Replicator Specifications | FRE 403, R, H, C, FN, SO, Auth |
| DTX-024 | BAMBU-00369880 | BAMBU-00369891 | Change log for ReplicatorG | FRE 403, R, H, C, FN, SO, Auth |
| DTX-025 | SSYSBL000361949 | SSYSBL000361949 | Lost to Competition - Anti-Trust.xlsx | FRE 403, R, H, C, FN, SO |
| DTX-026 | SSYSBL00093068 | SSYSBL00093070 | E-mail from William Swanson to Scott Crump re my fuure role in Stratasys | FRE 403, R, H, C, FN, SO |
| DTX-027 | MAKERBOTBL00018937 | MAKERBOTBL00018950 | Stratasys, Limited MakerBot Industries, LLC Open Source Software Policy dated October 23, 2015 | FRE 403, R, H, C, FN, SO, Auth |
| DTX-028 | SSYSBL000010966 | SSYSBL000010967 | Stratasys FDM360mc Press Release | FRE 403, R, H, C, FN, SO |
| DTX-029 | BAMBU-00038289 | BAMBU-00038297 | ReplicatorG Functionalities | FRE 403, R, H, C, FN, SO, Auth |
| DTX-030 | BAMBU-00038313 | BAMBU-00038633 | Practical 3D Printers (Evans).pdf | FRE 403, R, H, C, FN, SO, Auth |