# EXHIBIT 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., | § | |
| | § | |
| Ltd., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## [JOINT PROPOSED] VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Stratasys"** refers to Plaintiff Stratasys, Inc.

- **"Bambu"** refers collectively to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited and BambuLab USA Inc.

- The **"'357 Patent"** refers to U.S. Patent No. 7,555,357.

- The **"'713 Patent"** refers to U.S. Patent No. 9,421,713.

- The **"'698 Patent"** refers to U.S. Patent No. 9,168,698.

- The **"'381 Patent"** refers to U.S. Patent No. 10,556,381.

- The **"'660 Patent"** refers to U.S. Patent No. 9,592,660.

- The **"Asserted Claims"** refers collectively to claims 1, 2, and 8 of the '357 Patent; claims 1, 5, 6, 16, and 17 of the '713 Patent; claims 1, 9, and 10 of the '698 Patent; claims 1 and 11 of the '381 Patent; and claims 1 and 7 of the '660 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS

## PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT

## COMPLIES WITH THEM

## QUESTION NO. 1

Did Stratasys prove by a preponderance of the evidence that Bambu infringed any

of the following claims of the patents-in-suit?

### '357 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 2      Yes: _____      **OR**   No: _____

Claim 8      Yes: _____      **OR**   No: _____

### '713 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 5      Yes: _____      **OR**   No: _____

Claim 6      Yes: _____      **OR**   No: _____

Claim 16     Yes: _____      **OR**   No: _____

Claim 17     Yes: _____      **OR**   No: _____

### '698 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 9      Yes: _____      **OR**   No: _____

Claim 10     Yes: _____      **OR**   No: _____

**'381 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 11     Yes: _____      **OR**    No: _____

**'660 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 7      Yes: _____      **OR**    No: _____

**If you answered "NO" with respect to all asserted claims for a particular Asserted Patent, DO NOT answer Question No. 2 with respect to that Asserted Patent. For example, if you answered "NO" with respect to Claims 1, 2, and 8 of the '357 Patent, DO NOT answer Question No. 2 with respect to the '357 Patent. As another example, if you answered "YES" with respect to Claim 1 of the '713 Patent and "NO" with respect to Claims 5 and 6 of the '713 Patent, you MUST answer Question No. 2 with respect to the '713 Patent.**

**If you answered "NO" for ALL Asserted Claims in Question No. 1, then you SHOULD NOT answer Question Nos. 2 and 5.**

## QUESTION NO. 2

Did Stratasys prove by a preponderance of the evidence that Bambu's infringement of the patents-in-suit listed below was willful?

**'357 Patent**

> Yes: _____    **OR**   No: _____

**'713 Patent**

> Yes: _____    **OR**   No: _____

**'381 Patent**

> Yes: _____    **OR**   No: _____

**'698 Patent**

> Yes: _____    **OR**   No: _____

**'660 Patent**

> Yes: _____    **OR**   No: _____

## QUESTION NO. 3

Did Bambu prove by clear and convincing evidence that any of the following claims

of the patents-in-suit are invalid?

### '357 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 2      Yes: _____      **OR**   No: _____

Claim 8      Yes: _____      **OR**   No: _____

### '713 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 5      Yes: _____      **OR**   No: _____

Claim 6      Yes: _____      **OR**   No: _____

Claim 16     Yes: _____      **OR**   No: _____

Claim 17     Yes: _____      **OR**   No: _____

### '698 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 9      Yes: _____      **OR**   No: _____

Claim 10     Yes: _____      **OR**   No: _____

**'381 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 11    Yes: _____      **OR**    No: _____


**'660 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 7      Yes: _____      **OR**    No: _____

**QUESTION NO. 4**

Did Bambu prove by clear and convincing evidence that the claim elements of the following Asserted Claims, after removing the abstract idea, when considered individually or as an ordered combination, were well-understood, routine, and conventional to a person of ordinary skill in the art?

**'357 Patent**

Claim 1      Yes: _____      **OR**   No: _____

Claim 2      Yes: _____      **OR**   No: _____

Claim 8      Yes: _____      **OR**   No: _____

**'713 Patent**

Claim 1      Yes: _____      **OR**   No: _____

Claim 5      Yes: _____      **OR**   No: _____

Claim 6      Yes: _____      **OR**   No: _____

Claim 16     Yes: _____      **OR**   No: _____

Claim 17     Yes: _____      **OR**   No: _____

**QUESTION NO. 5**

As to enforcement of the '357 Patent, did Bambu prove by a preponderance of the evidence that Stratasys's right to enforce the '357 Patent was exhausted?

Yes: _____     **OR**   No: _____

**QUESTION NO. 6**

As to enforcement of the '357 Patent, did Bambu prove by a preponderance of the evidence that the accused Bambu Studio functionalities are covered by a license to Bambu to the '357 Patent?

Yes: _____     **OR**   No: _____

**Only answer Question No. 7 if you have found that at least one of an Asserted Patent's Asserted Claims is infringed ("YES" as to a claim of that patent in Question No. 1), not invalid ("NO" as to that same claim in Question No. 3), and not ineligible ("NO" or not applicable as to the same claim in Question No. 4). In addition, do not answer Question No. 7 as to the '357 Patent if you answered "YES" to either Question No. 5 or Question No. 6.**

## QUESTION NO. 7a

What sum of money, if paid now in cash, has Stratasys proven by a preponderance of the evidence would compensate it for Bambu's patent infringement [**Stratasys**: through the date of trial] as to any and all infringement that you have found?

Answer separately for each Patent-in-Suit in United States Dollars and Cents, if any:

**'357 Patent**

   $_____

**'713 Patent**

   $_____

**'381 Patent**

   $_____

**'698 Patent**

   $_____

**'660 Patent**

   $_____

## QUESTION NO. 7b

Are the reasonable royalties you found for the '660 Patent in Question No. 5a

**Running Royalties** for past sales only or one-time **Lump Sum** for past and future

sales?

Running royalties _____    **OR**   Lump sum royalties _____

**[Bambu: Answer Question No. 8 ONLY if you find any Asserted Claim not infringed ("NO" as to a claim of that patent in Question No. 1), OR invalid ("YES" as to that same claim in Question No. 3) and, only for the '357 Patent: ineligible ("YES" as to the same claim of the '357 Patent in Question No. 4), exhausted ("YES" to Question No. 5), or covered by a license ("YES" to Question No. 6).]**

**QUESTION NO. 8**

Did Stratasys prove by a preponderance of the evidence that Bambu is liable for false advertising?

Yes: _____    **OR**   No: _____

**Only answer Question Nos. 9 and 10 if you have found that Bambu is liable for false advertising ("YES" to Question No. 8).**

**QUESTION NO. 9**

Did Stratasys prove by a preponderance of the evidence that Bambu willfully engaged in false advertising?

Yes: _____    **OR**   No: _____

## QUESTION NO. 10

What sum of money, if paid now in cash, has Stratasys proven by a preponderance of the evidence would compensate it for its damages attributable to any and all false advertising that you have found?

Answer in United States Dollars and Cents, if any:

$_____

# FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it with them when the jury is brought back into the courtroom.

Signed this _____ day of June, 2026.


_____
Jury Foreperson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., | § | |
| | § | |
| Ltd., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## [JOINT PROPOSED] VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Stratasys"** refers to Plaintiff Stratasys, Inc.

- **"Bambu"** refers collectively to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited and BambuLab USA Inc.

- The **"'466 Patent"** refers to U.S. Patent No. 10,569,466.

- The **"'464 Patent"** refers to U.S. Patent No. 11,167,464.

- The **"'097 Patent"** refers to U.S. Patent No. 8,747,097.

- The **"'774 Patent"** refers to U.S. Patent No. 11,886,774.

- The **"'324 Patent"** refers to U.S. Patent No. 8,562,324.

- The **"Asserted Claims"** refers collectively to claims 1, 5, 10, 17, and 19 of the '466 Patent; claims 1 and 12 of the '464 Patent; claims 1, 12, 16, and 18 of the '097 Patent; claims 1, 6, and 8 of the '774 Patent; and claims 1, 11, and 19 of the '324 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS

## PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT

## COMPLIES WITH THEM

## QUESTION NO. 1

Did Stratasys prove by a preponderance of the evidence that Bambu infringed any

of the following claims of the patents-in-suit?

### '466 Patent

Claim 1        Yes: _____        **OR**    No: _____

Claim 5        Yes: _____        **OR**    No: _____

Claim 10       Yes: _____        **OR**    No: _____

Claim 17       Yes: _____        **OR**    No: _____

Claim 19       Yes: _____        **OR**    No: _____

### '464 Patent

Claim 1        Yes: _____        **OR**    No: _____

Claim 12       Yes: _____        **OR**    No: _____

### '097 Patent

Claim 1        Yes: _____        **OR**    No: _____

Claim 12       Yes: _____        **OR**    No: _____

Claim 16       Yes: _____        **OR**    No: _____

Claim 18       Yes: _____        **OR**    No: _____

**'774 Patent**

Claim 1    Yes: _____    **OR**  No: _____

Claim 6    Yes: _____    **OR**  No: _____

Claim 8    Yes: _____    **OR**  No: _____


**'324 Patent**

Claim 1    Yes: _____    **OR**  No: _____

Claim 11    Yes: _____    **OR**  No: _____

Claim 19    Yes: _____    **OR**  No: _____

If you answered "NO" with respect to all asserted claims for a particular Asserted Patent, DO NOT answer Question No. 2 with respect to that Asserted Patent.  For example, if you answered "NO" with respect to Claims 1, 5, 10, 17, and 19 of the '466 Patent, DO NOT answer Question No. 2 with respect to the '466 Patent.  As another example, if you answered "YES" with respect to Claim 1 of the '464 Patent and "NO" with respect to Claim 12 of the '464 Patent, you MUST answer Question No. 2 with respect to the '464 Patent.

If you answered "NO" for ALL Asserted Claims in Question No. 1, then you SHOULD NOT answer Question Nos. 2 and 5.

## QUESTION NO. 2

Did Stratasys prove by a preponderance of the evidence that Bambu's infringement of the patents-in-suit listed below was willful?

**'466 Patent**

Yes: _____    **OR**   No: _____

**'464 Patent**

Yes: _____    **OR**   No: _____

**'097 Patent**

Yes: _____    **OR**   No: _____

**'774 Patent**

Yes: _____    **OR**   No: _____

**'324 Patent**

Yes: _____    **OR**   No: _____

## QUESTION NO. 3

Did Bambu prove by clear and convincing evidence that any of the following claims

of the patents-in-suit are invalid?

### '466 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 5      Yes: _____      **OR**   No: _____

Claim 10     Yes: _____      **OR**   No: _____

Claim 17     Yes: _____      **OR**   No: _____

Claim 19     Yes: _____      **OR**   No: _____

### '464 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 12     Yes: _____      **OR**   No: _____

### '097 Patent

Claim 1      Yes: _____      **OR**   No: _____

Claim 12     Yes: _____      **OR**   No: _____

Claim 16     Yes: _____      **OR**   No: _____

Claim 18     Yes: _____      **OR**   No: _____

**'774 Patent**

Claim 1      Yes: _____      **OR**   No: _____

Claim 6      Yes: _____      **OR**   No: _____

Claim 8      Yes: _____      **OR**   No: _____


**'324 Patent**

Claim 1      Yes: _____      **OR**   No: _____

Claim 11     Yes: _____      **OR**   No: _____

Claim 19     Yes: _____      **OR**   No: _____

## QUESTION NO. 4

Did Bambu prove by clear and convincing evidence that the claim elements of the following Asserted Claims, after removing the abstract idea, when considered individually or as an ordered combination, were well-understood, routine, and conventional to a person of ordinary skill in the art?

**'466 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 5      Yes: _____      **OR**    No: _____

Claim 10     Yes: _____      **OR**    No: _____

Claim 17     Yes: _____      **OR**    No: _____

Claim 19     Yes: _____      **OR**    No: _____

**'464 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 12     Yes: _____      **OR**    No: _____

**'097 Patent**

Claim 1      Yes: _____      **OR**    No: _____

Claim 12     Yes: _____      **OR**    No: _____

Claim 16    Yes: _____    **OR**   No: _____

Claim 18    Yes: _____    **OR**   No: _____


## '774 Patent

Claim 1    Yes: _____    **OR**   No: _____

Claim 6    Yes: _____    **OR**   No: _____

Claim 8    Yes: _____    **OR**   No: _____


## '324 Patent

Claim 1    Yes: _____    **OR**   No: _____

Claim 11    Yes: _____    **OR**   No: _____

Claim 19    Yes: _____    **OR**   No: _____

**Only answer Question No. 5 if you have found that at least one of an Asserted Patent's Asserted Claims is infringed ("YES" as to a claim of that patent in Question No. 1), not invalid ("NO" as to that same claim in Question No. 3), and not ineligible ("NO" as to the same claim in Question No. 4).**

## QUESTION NO. 5

What sum of money, if paid now in cash, has Stratasys proven by a preponderance of the evidence would compensate it for Bambu's patent infringement through the date of trial as to any and all infringement that you have found?

Answer separately for each Patent-in-Suit in United States Dollars and Cents, if any:

**'466 Patent**

$_____

**'464 Patent**

$_____

**'097 Patent**

$_____

**'774 Patent**

$_____

**'324 Patent**

$_____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it with them when the jury is brought back into the courtroom.

Signed this _____ day of June, 2026.


_____
Jury Foreperson