**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Stratasys, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 2:24-cv-00644-JRG <br> (Lead Case) |
| Stratasys, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 2:24-cv-00645-JRG <br> (Member Case) |
| BambuLab USA, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Stratasys, Inc. <br><br> *Defendant*. | § § § § § § § § § § § | Case No. 2:25-cv-00465-JRG <br> (Member Case) |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

COME NOW, Plaintiff Stratasys, Inc. ("Stratasys"), and hereby notify the Court and all counsel of record, that in addition to the attorneys already representing them, Garrett C. Parish, Texas State Bar No. 24125824, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, TX 75604, 903-757-6400, will be appearing on behalf of YMTC in the above-referenced matter.

Submitted this 29th day of April 2026

<u>/s/ Garrett C. Parish</u>
Garrett C. Parish
Texas Bar No. 24125824
**Miller Fair Henry, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
garrett@millerfairhenry.com