IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED, <br><br> Defendants. | Civil Action No. 2:24-cv-00644-JRG <br> LEAD CASE <br><br> Civil Action No. 2:24-cv-00645-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> STRATASYS, INC., <br><br> Defendant. | Civil Action No. 2:25-cv-00465-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

## <u>DEFENDANTS' UPDATED NOTICE OF DISCOVERY PROCEEDING</u>

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, Tuozhu Technology Limited, and BambuLab USA Inc. (collectively, "Defendants" or "Bambu") respectfully submit this notice, updating the Court on Bambu's prior "Notice of Discovery Proceeding." (Dkt. 195 (citing *Shenzhen Tuozhu Technology Co., Ltd. v. Montronix, Inc.*, No. 2:26-cv-50055 (E.D. Mich.) [hereinafter the *E.D. Mich. Proceeding*]).)

On January 20, 2026, in the *E.D. Mich. Proceeding*, Bambu moved to compel non-party Montronix, Inc. ("Montronix") to comply with Bambu's deposition subpoena that was served on September 18, 2025. The deposition testimony sought relates to a prior art system on which Bambu intends to rely at trial for purposes of invalidity. On April 27, 2026, the Michigan court granted Bambu's motion, ordering Montronix to comply with Bambu's deposition subpoena:

> Montronix must produce a Rule 30(b)(6) witness to testify: (1) whether Montronix sold the Spectra Pulse in the United States before October 2012 as described in the produced documents, (2) as to the authenticity of the documents that were produced, and (3) whether the keeping those documents was a regular practice of Montronix.

(Ex. A, Or. Granting Movants' Mot. Compel, *E.D. Mich. Proceeding*, Dkt. No. 17.) Bambu intends to proceed with the deposition and move for leave to use this deposition testimony at trial.

Dated:  April 29, 2026

Respectfully submitted,

*/s/ Michael A. Vincent*
Gregory P. Love (TX 24013060)
greg@stecklerlaw.com
STECKLER WAYNE & LOVE
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com

FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070


Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on April 29, 2026, to all counsel of record who are deemed to have consented to electronic

service via the Court's CM/ECF system.

/s/ Michael A. Vincent
Michael A. Vincent

3