IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF CONFERENCE**

Plaintiff Stratasys, Inc. ("Plaintiff" or "Stratasys") and Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, Tuozhu Technology Limited, and BambuLab USA Inc. (collectively, "Defendants" or "Bambu") respectfully submit this Joint Notice of Conference pursuant to the Docket Control Order's requirement to advise the Court of any agreements reached concerning outstanding objections or motions *in limine*. *See* Dkt. 339.

Stratasys is electing to dismiss Count 6 to streamline the issues to be presented at the pre-trial conference and at trial. As a result of the requested dismissal of Stratasys's false advertising claim, the Parties have moved (Dkt. No. 349) for the following motions to be denied as moot: Dkt. Nos. 91, 179, 239, and Bambu Lab's Motion in Limine No. 1 (Dkt. No. 312).

Bambu is withdrawing its Motion for Protective Order regarding its CEO, Dr. Ye Tao (Dkt. 151). Dr. Tao will be made available for deposition at a mutually convenient time prior to trial, and is expected to attend trial if his visa application is approved.

The parties have also met and conferred via teleconference to discuss the outstanding objections and motions *in limine*. The parties have not reached additional compromises regarding the motions *in limine*. However, the parties reduced their exhibit objections as reflected in the exhibit lists accompanying the Amended Joint Proposed Pretrial Order (Dkt. No. 348). The parties will continue to assess the potential for agreements in advance of the Pretrial Conference and will promptly notify the Court in the event any further agreements are made.

Dated: May 4, 2026

*/s/ Michael A. Vincent*
Gregory P. Love (TX 24013060)
greg@stecklerlaw.com
**STECKLER WAYNE & LOVE**
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
Brandon S. Avers (TX 24135660)
avers@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

David M. Barkan (CA 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071

***ATTORNEYS FOR DEFENDANTS
SHENZHEN TUOZHU TECHNOLOGY
CO., LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.***

Respectfully submitted,

*/s/ Syed K. Fareed*
Brian Oaks
Texas State Bar No. 24007767
Syed K. Fareed
Texas State Bar No. 24065216
Aashish Kapadia
Texas State Bar No. 24097917
**MCDERMOTT WILL & SCHULTE LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Tel: (512) 726-2579
boaks@mcdermottlaw.com
sfareed@mcdermottlaw.com
akapadia@mcdermottlaw.com

Ian Brooks (pro hac vice)
Christian T. Tatum
Texas State Bar No. 24125429
**MCDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
ibrooks@mcdermottlaw.com
ctatum@mcdermottlaw.com

Kevin J. Meek
Texas State Bar No. 13899600
**LAW OFFICES OF KEVIN MEEK, PLLC**
4501 Westlake Drive, Unit #23
Austin, TX 78746
Tel: (512) 422-1244
kevin@meek.law

Deron R. Dacus
Texas State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
ddacus@dacusfirm.com

Andrea L. Fair
Texas State Bar No. 24078488
Claire A. Henry
Texas State Bar No. 24053063
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

***ATTORNEYS FOR PLAINTIFF
STRATASYS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system on May 4, 2026, which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/ Syed K. Fareed*
Syed K. Fareed

4