IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION FOR PROTECTIVE ORDER REGARDING DR. YE TAO**

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, Tuozhu Technology Limited, and BambuLab USA Inc. (collectively, "Defendants" or "Bambu") respectfully submit this Notice of Withdrawal of their Motion for a Protective Order Prohibiting Plaintiff from Deposing Defendant Shenzhen Tuozhu Technology Co., Ltd.'s CEO, Ye Tao (Dkt. 151). Dr. Tao will be made available for deposition at a mutually

convenient time prior to trial, and is expected to attend trial if his visa application is approved. Dr. Tao is in the process of seeking the necessary visa to permit trial testimony in person. In the event that his visa is not obtained, Bambu will inform the Court and counsel and seek alternative arrangements.

Defendants continue to seek the deposition of Plaintiff's CEO, Dr. Yoav Zeif, which is the subject of Plaintiff's pending motion (Dkt. 154).

Dated:  May 4, 2026

Respectfully submitted,

*/s/ Michael A. Vincent*
Gregory P. Love (TX 24013060)
glove@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
 JAMES PLLC
104 E Houston Street, Suite 115
Marshall, TX 75670
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 4, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael A. Vincent
Michael A. Vincent