# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| STRATASYS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:24-CV-00644-JRG |
| | § | (LEAD CASE) |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED | § § § § § § | CASE NO.  2:24-CV-00645-JRG (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LIMITED, *and* TUOZHU TECHNOLOGY LIMITED, | § § § § § § | |
| | § | |
| *Plaintiffs*, | § | CASE NO.  2:24-CV-00465-JRG |
| | § | (MEMBER CASE) |
| v. | § | |
| | § | |
| STRATASYS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion To Dismiss Count 6 of Plaintiff's First Amended Complaint (Dkt. No. 349) (the "Motion") filed by Plaintiff Stratasys, Inc. ("Plaintiff") and Defendants BambuLab Limited, BambuLab USA, Inc., Bambulab Ltd., Bambulab Ltd., Shanghai Lunkuo Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Tuozhu Technology Limited, Tuozhu Technology

Limited, Tuozhu Technology Limited ("Defendants") (collectively, the "Parties").  In the Motion, the Parties move the Court to dismiss Count 6 of Plaintiff's First Amended Complaint, which asserts false advertising under 15 U.S.C. § 1125(a) *et seq.*, with prejudice.  (Dkt. No. 349 at 1). The Parties also request that "Defendants may, without admission, deny as moot Paragraphs 26 through 88 in their Answer."  (*Id.*).  Lastly, the Parties ask the Court to deny as moot Defendants' motion *in limine* #1 (Dkt. No. 312) as well as the following motions: Dkt. Nos. 91, 179, 239.  (*Id.*).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Count 6 of Plaintiff's First Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs as to the dismissed claims.  It is further **ORDERED** that Defendants may, without admission, deny as moot Paragraphs 26 though 88 of the First Amended Complaint.

Defendants' motion *in limine* #1 (Dkt. No. 312) is **DENIED AS MOOT**.  Also, the following motions are **DENIED AS MOOT**: Dkt. Nos. 91, 179, and 239.

## So Ordered this

**May 5, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

- 2 -