# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Stratasys, Inc., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:24-cv-00644-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § § | (Lead Case) |
| *al.*, | § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| Stratasys, Inc., | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co., Ltd., *et* | § § | (Member Case) |
| *al.*, | § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| BambuLab USA, Inc., *et al.*, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:25-cv-00465-JRG |
| Stratasys, Inc. | § § | (Member Case) |
| *Defendant*. | § § | |
| | § | |

**EXHIBIT 1**

**PLAINTIFF'S SECOND SUPPLEMENTAL LIST OF WITNESSES TO BE CALLED**

i

Plaintiff Stratasys, Inc. (referred to herein, as "Stratasys" or "Plaintiff") provides below an identification of the witnesses whose testimony it may present at trial in its case in chief, or as a rebuttal witness, or both. The inclusion of a witness on this list does not require Stratasys to call that witness to testify, and does not imply or establish that Stratasys has the power to compel the live testimony of that witness or make that witness available to the opposing party.

Stratasys expressly reserves the right to modify this list upon receipt of Defendants' witness list, or in view of other events or changed circumstances that may occur before or during trial. If any Stratasys, Defendants, or third-party witness is unavailable or refuses to testify live, Stratasys reserves the right to use their deposition testimony. Stratasys also expressly reserves the right to call any witness live or by deposition designations (or to offer additional deposition designations from witnesses identified herein) for purposes of rebuttal, impeachment, or authentication of a document or as required by any of the Court's pretrial or trial rulings. Stratasys also reserves its right to change or modify this list as permitted by the Federal Rules of Civil Procedure, Local Rules, or Orders of the Court. Notwithstanding providing this list, Stratasys makes no representation regarding its ability to force any witness to appear at trial unwillingly.

At this time, Stratasys expects to call the following witnesses at trial live or by deposition:

| Witness | Will call (live or by deposition) | May call (live or by deposition) | Will not call |
|---|---|---|---|
| Bakin, Denis | | X | |
| Bates, Martin | | X | |
| Ben Zvi, Koren | X | | |
| Boichut, Philippe | | X | |
| Chen, Zihan | | X | |
| Crump, Steven | X | | |

| Witness | Will call (live or by deposition) | May call (live or by deposition) | Will not call |
|---|---|---|---|
| Dummer, Jonathan | | X | |
| Fan, Jane | | X | |
| Franz, James | | X | |
| Gall, Kenneth | X | | |
| Ganter, Mark | | X | |
| Garrity, Richard G. | X | | |
| Ge, Hongbin | | X | |
| Gelman, Filipp | | X | |
| Hackney, Michael | | X | |
| Hedlund, Jonathan | X | | |
| Hickner, Michael A. | | X | |
| Huang, Hongsheng | | X | |
| Jiang, Jie | | X | |
| Keegan, Jeffrey | | X | |
| Kennedy, David | X | | |
| Kindler, Lauren | | X | |
| Lavender, Michael | | X | |
| Leavitt, Paul | | X | |
| Leonard, Alison | | X | |
| Li, Gen | | X | |
| Lin, Qinming | | X | |
| Mayo, Andrew J. | | X | |
| Mayzlin, Dina | | X | |
| Milsark, Elizabeth | | X | |

| Witness | Will call (live or by deposition) | May call (live or by deposition) | Will not call |
|---|---|---|---|
| Mueller, Jochen | | X | |
| Munford, June | | X | |
| Osswald, Tim A. | X | | |
| Pettis, Nathaniel | X | | |
| Shay, Randall | X | | |
| Siegman, Jeremy | | X | |
| Studanski, Thomas | | X | |
| Swanson, William | X | | |
| Dr. Ye Tao | | X | |
| Wallace, Charlie | | X | |
| Wang, Tao | | X | |
| Wei, Tao | | X | |
| Wolf, Erick | | X | |
| Wolfe, Andrew | | X | |
| Xiao, Zhiming | | X | |
| Zhou, Chengxu | | X | |
| Bambu's Corporate Representative | | X | |