# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' FOURTH SUPPLEMENTAL WITNESS LIST
FOR CASE NO. 2:24-cv-00644**

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc. (collectively, "Defendants" or "Bambu") submits this Fourth Supplemental Witness List for identification and categorization of trial witnesses for Case No. 2:24-cv-00644.

1

If any witness is unavailable, Bambu may use their deposition testimony. With respect to Plaintiff's witnesses, Bambu may introduce testimony through deposition or live examination, as appropriate. Bambu may also call witnesses listed or called by Plaintiff and may revise this list in light of further rulings by the Court regarding the trial schedule or any other changed circumstances. Bambu further may supplement based on unforeseen events that occur after the date of this document.

## WITNESSES DEFENDANTS EXPECT TO CALL

Bambu presently expects to call the following witnesses at trial in this matter, subject to Bambu's right to modify this list according to the developments in the case and rulings of the Court.

| Name | Manner of Presentation |
| --- | --- |
| Jochen Mueller | Live |
| Andrew Wolfe | Live |
| Michael Hickner | Live |
| Andrew Mayo | Live |
| Lauren Kindler | Live |
| Dr. Ye Tao[1] | Live |

## WITNESSES DEFENDANTS MAY CALL

Bambu may call the following witnesses at trial in this matter, subject to Bambu's right to modify this list according to the developments in the case and rulings of the Court.

---

[1] Dr. Tao is in the process of seeking the necessary visa to permit trial testimony in person. In the event that such visa is not obtained, Bambu will inform the Court and counsel and reserves the right to seek alternative arrangements for his testimony.

| Name | Manner of Presentation |
| --- | --- |
| Dina Mayzlin | Live or by deposition |
| Elizabeth Milsark | Live or by deposition |
| Michael Hackney | Live or by deposition |
| Jie Jiang[2] | Live or by deposition |
| Qinming Lin | Live or by deposition |
| Jane Fan | Live or by deposition |
| Zihan Chen | Live or by deposition |
| Hongsheng Huang | Live or by deposition |
| Gen Li | Live or by deposition |
| Hongbin Ge | Live or by deposition |
| Tao Wang | Live or by deposition |
| Tao Wei | Live or by deposition |
| Zhiming Xiao | Live or by deposition |
| Chengxu Zhou | Live or by deposition |
| Randall Shay | Live or by deposition |
| Richard Garrity | Live or by deposition |
| Scott Crump | Live or by deposition |
| Jonathan Hedlund | Live or by deposition |
| Thomas Studanski | Live or by deposition |
| Michael Lavender | Live or by deposition |

[2] Mr. Jiang will be leaving Bambu's employment by the end of May. As such, it is not known at this whether he will be able to testify in person in view of his new employment status at the time of trial.

3

| Name | Manner of Presentation |
|---|---|
| Paul Leavitt | Live or by deposition |
| Jeremy Siegman | Live or by deposition |
| Koren Ben Zvi | Live or by deposition |
| Philippe Boichut | Live or by deposition |
| Erick Wolf | Live or by deposition |
| Martin Bates | Live or by deposition |
| Filipp Gelman | Live or by deposition |
| Jonathan Dummer | Live or by deposition |
| James Franz | Live or by deposition |
| Jeffrey Keegan | Live or by deposition |
| Alison Leonard | Live or by deposition |
| June Munford | Live or by deposition |
| Bre Pettis | Live or by deposition |
| William Swanson | Live or by deposition |
| William Albert | Live or by deposition |
| Jon Cowan | Live or by deposition |
| Angela Ibanga | Live or by deposition |
| Tray Waller | Live or by deposition |
| Trim Odom | Live or by deposition |
| Dawson Lang | Live or by deposition |
| Stratasys's Corporate Representative | Live or by deposition |
| Denis Bakin | Live or by deposition |

4

| Name | Manner of Presentation |
|---|---|
| Dr. Yoav Zeif | Live or by deposition |

In addition to the witnesses identified above, Bambu may call witnesses for impeachment or rebuttal. Bambu may also call witnesses identified on Plaintiff's witness lists, though Bambu does not waive and expressly reserves any objection to any witness identified on Plaintiff's witness list.

Dated: April 30, 2026

Respectfully submitted,

/s/ Michael A. Vincent
Gregory P. Love (TX 24013060)
glove@cjsjlaw.com
STECKLER WAYNE & LOVE
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Brendan F. McLaughlin (DC 1671658)

5

bmclaughlin@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 783-5070

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2026 they caused the foregoing

DEFENDANTS' WITNESS LIST FOR CASE NO. 2:24-cv-00644 to be served by electronic mail

upon the below listed counsel of record:

Brian Oaks (boaks@mwe.com)                          Attorneys For Plaintiff
Syed K. Fareed (sfareed@mwe.com)
Aashish Kapadia (akapadia@mwe.com)                  STRATASYS, INC.
Christian Tatum (ctatum@mwe.com)
McDERMOTT WILL & SCHULTE LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
Tel: (512) 726-2600
Email: Stratasys-MWE@mwe.com

Kevin J. Meek (kevin@meek.law)
LAW OFFICES OF KEVIN MEEK, PLLC
4501 Westlake Drive, Unite #23
Austin, TX 78746
Tel: (512) 422-1244

Deron R. Dacus (ddacus@dacusfirm.com)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117

Andrea L. Fair (andrea@millerfairhenry.com)
Claire A. Henry (claire@millerfairhenry.com)
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400

                                                    /s/ Michael A. Vincent
                                                    Michael A. Vincent

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' FOURTH SUPPLEMENTAL WITNESS LIST
FOR CASE NO. 2:24-cv-00645**

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc. (collectively, "Defendants" or "Bambu") submits this Fourth Supplemental Witness List for identification and categorization of trial witnesses for Case No. 2:24-cv-00645.

1

If any witness is unavailable, Bambu may use their deposition testimony. With respect to Plaintiff's witnesses, Bambu may introduce testimony through deposition or live examination, as appropriate. Bambu may also call witnesses listed or called by Plaintiff and may revise this list in light of further rulings by the Court regarding the trial schedule or any other changed circumstances. Bambu further may supplement based on unforeseen events that occur after the date of this document.

**WITNESSES DEFENDANTS EXPECT TO CALL**

Bambu presently expects to call the following witnesses at trial in this matter, subject to Bambu's right to modify this list according to the developments in the case and rulings of the Court.

| Name | Manner of Presentation |
| --- | --- |
| Jochen Mueller | Live |
| Andrew Wolfe | Live |
| Michael Hickner | Live |
| Andrew Mayo | Live |
| Lauren Kindler | Live |
| Dr. Ye Tao[1] | Live |

**WITNESSES DEFENDANTS MAY CALL**

Bambu may call the following witnesses at trial in this matter, subject to Bambu's right to modify this list according to the developments in the case and rulings of the Court.

---

[1] Dr. Tao is in the process of seeking the necessary visa to permit trial testimony in person. In the event that such visa is not obtained, Bambu will inform the Court and counsel and reserves the right to seek alternative arrangements for his testimony.

| Name | Manner of Presentation |
|---|---|
| Dina Mayzlin | Live or by deposition |
| Elizabeth Milsark | Live or by deposition |
| Michael Hackney | Live or by deposition |
| Jie Jiang[2] | Live or by deposition |
| Qinming Lin | Live or by deposition |
| Jane Fan | Live or by deposition |
| Zihan Chen | Live or by deposition |
| Hongsheng Huang | Live or by deposition |
| Gen Li | Live or by deposition |
| Hongbin Ge | Live or by deposition |
| Tao Wang | Live or by deposition |
| Tao Wei | Live or by deposition |
| Zhiming Xiao | Live or by deposition |
| Chengxu Zhou | Live or by deposition |
| Randall Shay | Live or by deposition |
| Richard Garrity | Live or by deposition |
| Scott Crump | Live or by deposition |
| Jonathan Hedlund | Live or by deposition |
| Thomas Studanski | Live or by deposition |
| Michael Lavender | Live or by deposition |

[2] Mr. Jiang will be leaving Bambu's employment by the end of May. As such, it is not known at this whether he will be able to testify in person in view of his new employment status at the time of trial.

3

| Name | Manner of Presentation |
|---|---|
| Paul Leavitt | Live or by deposition |
| Jeremy Siegman | Live or by deposition |
| Koren Ben Zvi | Live or by deposition |
| James Franz | Live or by deposition |
| Alison Leonard | Live or by deposition |
| June Munford | Live or by deposition |
| Bre Pettis | Live or by deposition |
| William Swanson | Live or by deposition |
| William Albert | Live or by deposition |
| Jon Cowan | Live or by deposition |
| Angela Ibanga | Live or by deposition |
| Tray Waller | Live or by deposition |
| Trim Odom | Live or by deposition |
| Dawson Lang | Live or by deposition |
| Stratasys's Corporate Representative | Live or by deposition |
| Charlie Wallace | Live or by deposition |
| Dr. Yoav Zeif | Live or by deposition |

In addition to the witnesses identified above, Bambu may call witnesses for impeachment or rebuttal.  Bambu may also call witnesses identified on Plaintiff's witness lists, though Bambu does not waive and expressly reserves any objection to any witness identified on Plaintiff's witness list.

4

Dated:  April 30, 2026

Respectfully submitted,

/s/ Michael A. Vincent
Gregory P. Love (TX 24013060)
glove@cjsjlaw.com
STECKLER WAYNE & LOVE
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Brendan F. McLaughlin (DC 1671658)
bmclaughlin@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 783-5070

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2026 they caused the foregoing

DEFENDANTS' WITNESS LIST FOR CASE NO. 2:24-cv-00645 to be served by electronic mail

upon the below listed counsel of record:

Brian Oaks (boaks@mwe.com)                          Attorneys For Plaintiff
Syed K. Fareed (sfareed@mwe.com)
Aashish Kapadia (akapadia@mwe.com)                  STRATASYS, INC.
Christian Tatum (ctatum@mwe.com)
McDERMOTT WILL & SCHULTE LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
Tel: (512) 726-2600
Email: Stratasys-MWE@mwe.com

Kevin J. Meek (kevin@meek.law)
LAW OFFICES OF KEVIN MEEK, PLLC
4501 Westlake Drive, Unite #23
Austin, TX 78746
Tel: (512) 422-1244

Deron R. Dacus (ddacus@dacusfirm.com)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117

Andrea L. Fair (andrea@millerfairhenry.com)
Claire A. Henry (claire@millerfairhenry.com)
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400

                                                    */s/ Michael A. Vincent*
                                                    Michael A. Vincent

6