IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED, <br><br> Defendants. | Civil Action No. 2:24-cv-00644-JRG <br> LEAD CASE <br><br> Civil Action No. 2:24-cv-00645-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> STRATASYS, INC., <br><br> Defendant. | Civil Action No. 2:25-cv-00465-JRG <br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF EXPERT WITNESS UNAVAILABILITY

██████████████████████████████████████████████████

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambu Lab Limited, Tuozhu Technology Limited, and BambuLab USA Inc. (collectively, "Defendants" or "Bambu") respectfully submit this notice that their expert witness, Dr. Andrew Wolfe,[1] ███████████████████████████████████████████████ ████████████████████████████████, that may impair his ability to prepare for and attend trial, currently scheduled for June 22, 2026. *See* Ex. A (███████████████). █████████████████ ██████████████████████ he expects to learn more about his availability for trial in the next week, at which time Defendants will update the Court further.

Given the uncertainty, no relief is presently requested. Out of an abundance of caution, Defendants are attempting to secure a substitute expert in the event Dr. Wolfe cannot testify, subject to approval by the Court.

Counsel for Defendants conferred with counsel for Plaintiff to discuss these matters, including the potential for expert substitution. No proposals or agreements were made due to the present uncertainty, but the parties will continue to confer as this situation develops. Defendants note the Court's order concerning Dr. Wolfe in a separate case, and will confer with Plaintiff on the proposed course in this case in view of the Court's guidance. *See Mullen Industries, Inc. v. Samsung Electronics Co., Ltd., et al.*, No. 2:24-cv-00049 Dkt. 286 (April 30, 2026).

Dated:  April 30, 2026

Respectfully submitted,

*/s/ Michael A. Vincent*
Gregory P. Love (TX 24013060)
glove@cjsjlaw.com
CHERRY JOHSON SIEGMUND
& JAMES PLLC

---

[1] Dr. Wolfe is Defendants' technical expert concerning U.S. Pat. Nos. 9,168,698 and 10,556,381 (-644 case) and 8,562,234 and 8,747,097 (-645 case).

████████████████████████

104 E Houston Street, Suite 115
Marshall, TX 75670
Tel: (903) 212-4444

Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

2

███████████████████████████████████

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 30, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael A. Vincent
Michael A. Vincent

███████████████████████████████

█████████████████████████████████████████

██████████████████████████████

███████████████████
███████████

3