**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CASE NO.  2:24-CV-00644-JRG <br> (LEAD CASE) <br><br> CASE NO.  2:24-CV-00645-JRG <br> (MEMBER CASE) |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LIMITED, *and* TUOZHU TECHNOLOGY LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> STRATASYS, INC., <br><br> *Defendant*. | § § § § § § § § § § § § § § § | CASE NO.  2:24-CV-00465-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is Defendants' Unopposed Motion To Withdraw Their Motion for Protective Order Regarding Dr. Ye Tao (the "Motion") filed by Defendants BambuLab Limited, BambuLab USA, Inc., Bambulab Ltd., Bambulab Ltd., Shanghai Lunkuo Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., Shanghai Lunkuo Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Shenzhen Tuozhu Technology Co. Ltd., Tuozhu Technology Limited, Tuozhu Technology Limited, Tuozhu Technology Limited ("Defendants"). (Dkt. No. 353).  In the Motion, Defendants request to withdraw Defendants'

Motion for a Protective Order Prohibiting Plaintiff from Deposing Defendant Shenzen Tuozhu Technology Co., Ltd.'s CEO, Ye Tao (Dkt. No. 151).  (Dkt. No. 353 at 2).  The Motion is unopposed.  (*Id.*).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Motion for a Protective Order Prohibiting Plaintiff from Deposing Defendant Shenzen Tuozhu Technology Co., Ltd.'s CEO, Ye Tao (Dkt. No. 151) is **WITHDRAWN**.

**So ORDERED and SIGNED this 8th day of May, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE