# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00644-JRG |
| | § | (Lead Case) |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| Stratasys, Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00645-JRG |
| | § | (Member Case) |
| Shenzhen Tuozhu Technology Co., Ltd., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| BambuLab USA, Inc., *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 2:25-cv-00465-JRG |
| | § | (Member Case) |
| Stratasys, Inc. | § | |
| | § | |
| *Defendant*. | § | |

## JOINT NOTICE REGARDING RESOLUTION OF DKT. NOS. 186 AND 192

Pursuant to the Court's guidance, the parties met and conferred to reach resolution on Defendants' Motion to Strike Certain Opinions Offered By Dr. Ken Gall (Dkt. No. 186) and Defendants' Motion to Strike Certain Opinions Offered By Dr. Tim Osswald (Dkt. 192). The parties agree and stipulate that certain passages of the Opening Expert Report of Dr. Ken Gall

1

found within paragraphs 2289 to 2301, and certain passages of the Opening Expert Report of Dr.

Tim Osswald will not be offered found within paragraphs 1934 to 1946, while other passages will

remain in their respective reports.  These portions of Dr. Gall's report are being provided to the

Court in Exhibit A and the portions of Dr. Osswald's report are being provided in Exhibit B hereto.


Dated: May 11, 2026

/s/ Syed K. Fareed
Brian Oaks
Texas State Bar No. 24007767
Syed Fareed
Texas State Bar No. 24065216
Aashish Kapadia
Texas State Bar No. 24097917
**MCDERMOTT WILL & SCHULTE LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Tel: (512) 726-2579
boaks@mcdermottlaw.com
sfareed@mcdermottlaw.com
akapadia@mcdermottlaw.com


Ian Brooks (pro hac vice)
Christian T. Tatum
Texas State Bar No. 24125429
**MCDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087
ibrooks@mcdermottlaw.com
ctatum@mcdermottlaw.com


Kevin J. Meek
Texas State Bar No. 13899600
**LAW OFFICES OF KEVIN MEEK, PLLC**
4501 Westlake Drive, Unit #23
Austin, TX 78746
Tel: (512) 422-1244
kevin@meek.law


Deron R. Dacus

Respectfully submitted,

/s/ Michael A. Vincent
Gregory P. Love (TX 24013060)
greg@stecklerlaw.com
**STECKLER WAYNE & LOVE**
107 E Main Street
Henderson, TX 75652
Tel: (903) 212-4444


Carl E. Bruce (TX 24036278)
bruce@fr.com
Thomas H. Reger, II (TX 24032992)
reger@fr.com
Aaron P. Pirouznia (TX 24098958)
pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
Brandon S. Avers (TX 24135660)
avers@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091


David M. Barkan (CA 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071


***ATTORNEYS FOR DEFENDANTS***
**SHENZHEN TUOZHU TECHNOLOGY
CO., LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.**

2

Texas State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
ddacus@dacusfirm.com

Andrea L. Fair
Texas State Bar No. 24078488
Claire A. Henry
Texas State Bar No. 24053063
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*ATTORNEYS FOR PLAINTIFF*
*STRATASYS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2026, a true and correct copy of the foregoing document has been served on all counsel of record.

/s/ Syed K. Fareed
Syed K. Fareed