IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBU LAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Defendants. | Civil Action No. 2:24-cv-00644-JRG<br>LEAD CASE<br><br>Civil Action No. 2:24-cv-00645-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>STRATASYS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-00465-JRG<br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc. (collectively, "Defendants" or "Bambu") hereby give notice that they may rely on the patents publications, and other prior art listed herein, as well as those disclosed in the Opening and Rebuttal Reports of Dr. Hickner, Dr. Wolfe, and Dr. Mueller, served on January 20,

1

2026 and February 9, 2026 to show the invalidity and/or state of the art of one or more claims of U.S. Patent Nos. 9,421,713; 9,592,660; 7,555,357; 9,168,698; 10,556,381; 10,569,466; 11,167,464; 8,747,097; 11,886,774; and 8,562,324 (the "Asserted Patents"). This notice is made based upon information available to Defendants as of the date hereof. Defendants reserve the right to supplement this notice as appropriate. Defendants may also rely on the person(s) listed below as being prior inventors or having prior knowledge of or as having previously used or offered for sale the invention of the Asserted Patents.

In addition, Defendants have already provided notice to Plaintiff through the pleadings, discovery, and filings in this case to date, the identity of patents and publications within the ambit of 35 U.S.C. § 282, including but not limited to Defendants' July 7, 2025 Second Amended Invalidity Contentions and the above-mentioned reports of Dr. Hickner, Dr. Wolfe, and Dr. Mueller (including all publications, patents or systems cited therein, relied upon or reviewed by them), which are incorporated herein by reference.

The following listing of identified patents and publications is provided solely pursuant to the statutory provisions of 35 U.S.C. § 282. The fact that the following patents and publications are listed in this Notice does not reflect that any number of these items will be ultimately used by Defendants at trial.[1]

Defendants will rely at trial only on the references and combinations elected pursuant to the Court's Docket Control Order as grounds for anticipation or obviousness. The remaining references identified in this Notice are provided as showing the state of the art under 35 U.S.C. § 282(c).

---

[1] This Notice omits certain publications excluded by the Court at the pre-trial conference. Defendants reserve all rights with respect to any appeal and any impact such appeal may have on the admissibility or use of those publications.

2

In addition to these materials identified in this Notice, Defendants may also rely on, and reserve the right to present, testimony by their experts Dr. Hickner, Dr. Wolfe, and Dr. Mueller, and their personal knowledge of the matters that are subject to this Notice, including the prior art to the Asserted Patents, the state of the art, anticipation of the Asserted Patents, and obviousness of the Asserted Patents. Defendants may also rely on and reserve the right to present testimony by those persons identified as witnesses on Defendants' trial witness list regarding the prior art, which may be evidence of the prior art, state of the art, anticipation, and obviousness of the Asserted Patents. Defendants also reserve the right to rely on description of the prior art within the specifications of the Asserted Patents or items of prior art cited on their face.

/ / /

/ / /

/ / /

I.    **PATENTS AND PATENT PUBLICATIONS**

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| European Patent No. EP 1,087,862 | Thomas J. Dahlin, Bernard C. Nelson, Kevin D. Docken | European Union | Jan. 14, 1999 | Jun. 18, 2008 |
| European Patent No. EP 1,286,822 | Frits Kornelis, Feenstra Steffi Finke | European Union | Sep. 7, 2000 | Nov. 10, 2004 |
| JP 2000218708 | Charles William Hull | Japan | Apr. 17, 1989 | Aug. 8, 2000 |
| U.S. Patent Appl. Pub. No. 2002/0171703 | Quintin T. Phillips, Joseph L. Burquist, Darius Boockholdt, Robert E. Haines, Mark A. Harper | United States | Jul. 12, 2002 | Nov. 21, 2002 |
| U.S. Patent Appl. Pub. No. 2002/0186245 | Sundeep Chandhoke, Nicolas Vazquez, Kevin L. Schultz | United States | Jul. 19, 2002 | Dec. 12, 2002 |
| U.S. Patent Appl. Pub. No. 2003/0004600 | William R. Priedeman Jr. | United States | Jul. 1, 2002 | Jan. 2, 2003 |
| U.S. Patent Appl. Pub. No. 2004/0181681 | Phillip C. Salisbury | United States | Mar. 11, 2003 | Sep. 16, 2004 |
| U.S. Patent Appl. Pub. No. 2004/0207662 | Daryl E. Anderson, Andrew L. Van Brocklin | United States | Apr. 16, 2003 | Oct. 21, 2004 |
| U.S. Patent Appl. Pub. No. 2006/0054039 | Eliahu Kritchman, Hanan Gothait, Eduardo Napadensky, Dani Chechik | United States | Dec. 3, 2003 | Mar. 16, 2006 |
| U.S. Patent Appl. Pub. No. 2006/0091199 | Stephen A. Loughran | United States | Oct. 29, 2004 | May 4, 2006 |
| U.S. Patent Appl. Pub. No. 2006/0111807 | Hanan Gothait, Meir Bar Nathan | United States | Sep. 11, 2003 | May 25, 2006 |
| U.S. Patent Appl. Pub. No. 2006/0127153 | Guy Menchik, Hanan Goihait, Eliahu M. Kritchman | United States | Nov. 12, 2003 | Jun. 15, 2006 |

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent Appl. Pub. No. 2006/0160250 | Lawrence Bonassar, Hod Lipson, Daniel Cohen, Evan Malone | United States | Aug. 10, 2005 | Jul. 20, 2006 |
| U.S. Patent Appl. Pub. No. 2006/0171452 | Glenn C. Waehner | United States | Jan. 31, 2005 | Aug. 3, 2006 |
| U.S. Patent Appl. Pub. No. 2007/0026102 | John A. Devos, Terry M. Lambright, Isaac Farr, Jeffrey A. Nielsen, Tony S. Cruz-Uribe, David C. Collins | United States | Jul. 28, 2005 | Feb. 1, 2007 |
| U.S. Patent Appl. Pub. No. 2007/0179656 | David Eshed, Moshe Levi, Eliahu M. Kritchman, Hanan Gothait, Igal Zeytoun, Dror Danai | United States | 2-May-04 | Aug. 2, 2007 |
| U.S. Patent Appl. Pub. No. 2007/0228592 | Benjamin N. Dunn, James W. Comb, Hans P. Erickson, Jason P. Wanzek | United States | Apr. 3, 2006 | Oct. 4, 2007 |
| U.S. Patent Appl. Pub. No. 2008/0006966 | Dominic F. Mannella | United States | Jul. 7, 2006 | N/A |
| U.S. Patent Appl. Pub. No. 2008/0192074 | Martine Dubois, Remi Noguera, Thierry Chartier, Maksoud Oudjedi | United States | Aug. 17, 2004 | Aug. 14, 2008 |
| U.S. Patent Appl. Pub. No. 2008/0195353 | Shiro Igasaki, Masaoki Yamagata | United States | Jan. 30, 2008 | Aug. 14, 2008 |
| U.S. Patent Appl. Pub. No. 2008/0317894 | Patrick W. Turley, Thomas L. Taatjes | United States | Jun. 21, 2007 | Dec. 25, 2008 |
| U.S. Patent Appl. Pub. No. 2009/0035405 | Paul J. Leavitt | United States | Jul. 31, 2007 | Feb. 5, 2009 |
| U.S. Patent Appl. Pub. No. 2009/0067706 | Nikolay L. Lapa | United States | Sep. 12, 2007 | Mar. 12, 2009 |

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent Appl. Pub. No. 2009/0287332 | Prasad Adusumilli, Stanley J. Lech | United States | Jul. 2, 2007 | Nov. 19, 2009 |
| U.S. Patent Appl. Pub. No. 2010/0029893 | Masahito Ohkido, Wataru Ueno, Jitsuo Oishi, Shuta Kihara | United States | Oct. 3, 2007 | Sept. 25, 2012 |
| U.S. Patent Appl. Pub. No. 2010/0063615 | Masahiko Mori, Xiaodong Tian, Bingyan Zhao, Makoto Fujishima, Zhe Jin | United States | Sep. 4, 2009 | Mar. 11, 2010 |
| U.S. Patent Appl. Pub. No. 2010/0142759 | Rodney K. Ridley, Tadeusz Kazmierczak, Linsong Cai, Paul Charles Johnston, Helen Pinto, Jun Sun, Marc Provencher, John Harry Woolley, Garry Cardinal | United States | May 4, 2007 | Jun. 10, 2010 |
| U.S. Patent Appl. Pub. No. 2010/0192806 | Martin Heugel, Michael Shellabear, Sven Pawliczek, Horst Maier | United States | Jan. 20, 2010 | Aug. 5, 2010 |
| U.S. Patent Appl. Pub. No. 2011/0299110 | Mike Jazayeri, Randall R. Spangler, Sanjeev Radhakrishnan, Abhijit Kalamkar, Marc Pawliger, Scott Byer, Yevgeniy Gutnik | United States | Mar. 16, 2010 | Dec. 8, 2011 |
| U.S. Patent Appl. Pub. No. 2012/0105903 | Nathaniel B. Pettis | United States | Jan. 12, 2012 | May 3,2012 |
| U.S. Patent Appl. Pub. No. 2013/0009338 | Adam Mayer | United States | Jul. 5, 2011 | Jan. 10, 2013 |
| U.S. Patent Appl. Pub. No. 2013/0075954 | Richard Ora Gregory II, Clinton James Vilim | United States | Sep. 25, 2012 | - |
| U.S. Patent Appl. Pub. No. 2013/0329257 | Nathaniel B. Pettis, Anthony James Buser, Justin Day, Jonah Gold, Bryan Vaccaro, Joseph Neal | United States | Jun. 19, 2013 | Dec. 12, 2013 |

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent Appl. Pub. No. 2013/0310507 | Praveen Tummala, Peter Scott Turner, Martin Alan Johnson | United States | May 17, 2013 | Nov. 21, 2013 |
| U.S. Patent Appl. Pub. No. 2013/0329258 | Nathaniel B. Pettis, Anthony James Buser, Justin Day, Jonah Gold, Bryan Vaccaro, Joseph Neal | United States | Jun. 19, 2013 | Dec. 12, 2013 |
| U.S. Patent Appl. Pub. No. 2014/0034214 | Hugo Boyer, Ariel Douglas, Nathaniel B. Pettis | United States | Sep. 21, 2012 | Feb. 6, 2014 |
| U.S. Patent Appl. Pub. No. 2014/0048981 | S. Scott Crump, Dominic F. Mannella, William J. Swanson, Kevin C. Johnson, Ronald G. Schloesser, Joseph E. LaBossiere, Richard Thomas Anderson, Michael D. Bosveld, Paul J. Leavitt | United States | Aug. 15, 2013 | Feb. 20, 2014 |
| U.S. Patent Appl. Pub. No. 2014/0117585 | Ariel Douglas, Robert J. Steiner, Aric Lynn Jennings, William B. Buel, Anthony D. Moschella | United States | Oct. 28, 2013 | May 1, 2014 |
| U.S. Patent Appl. Pub. No. 2014/0127524 | J. Samuel Batchelder, Michael D. Bosveld | United States | Jan. 10, 2014 | May 8, 2014 |
| U.S. Patent Appl. Pub. No. 2014/0236773 | Madison A. Hamilton, McKenzie L. Hamilton, Stanton M. Hamilton, Jacob D. Hamilton | United States | Apr. 16, 2014 | Aug. 21, 2014 |
| U.S. Patent Appl. Pub. No. 2015/0165685 | Walter R. Klappert, Marvin Charles Carlberg, Michael B. Case, Michael K. McCarty, Jeffrey Neil Berenson, Raymond Valadez Jr. | United States | Dec. 18, 2013 | Jun. 18, 2015 |
| U.S. Patent Appl. Pub. No. 2016/0075091 | Kevin Michael Cable | United States | Sep. 16, 2014 | Mar. 17, 2016 |

7

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent Appl. Pub. No. 2016/0096326 | Gaurang N. Naware | United States | Nov. 21, 2014 | Apr. 7, 2016 |
| U.S. Patent Appl. Pub. No. 2016/0236408 | Erick Packard Wolf, Felisa Gamboa, Phillip Joseph Trenerry, Miles Tyler Craig | United States | Oct. 15, 2014 | Feb. 5, 2019 |
| U.S. Patent Appl. Pub. No. 2017/0036403 | Bradley Ruff, Aniket Vyas, Stephanie Trittschuh, Naveen Singh | United States | Sep. 28, 2016 | Feb. 9, 2017 |
| U.S. Patent Appl. Pub. No. 2007/0077323 | Matthew Stonesmith, Don Frederick Hunter, Ben Wahlstrom, Lansingv Stout, Gary Lee Reynolds | United States | Sept. 30, 2005 | Apr. 5, 2007 |
| U.S. Patent No. 3,179,634 | Walter Murray Edwards | United States | Jan. 26, 1962 | Apr. 20, 1965 |
| U.S. Patent No. 4,661,368 | Robert R. Rohde, Joseph J. Bedard | United States | Sep. 18, 1985 | Apr. 28, 1987 |
| U.S. Patent No. 5,124,192 | Bang M. Kim, Matthew F. Niemeyer, Donald F. Foust | United States | Nov. 15, 1989 | Jun. 23, 1992 |
| U.S. Patent No. 5,278,479 | Masaki Seki, Takashi Takegahara, Toru Matsunaka | United States | Feb. 20, 1992 | Jan. 11, 1994 |
| U.S. Patent No. 5,738,817 | Stephen C. Danforth, Mukesh Agarwala, Amit Bandyopadghyay, Noshir Langrana, Vikram R. Jamalabad, Ahmad Safari, Remco Van Weeren | United States | Feb. 8, 1996 | Apr. 14, 1998 |
| U.S. Patent No. 6,022,207 | Thomas J. Dahlin, Bernard C. Nelson, Kevin D. Docken | United States | Jan. 26, 1998 | Feb. 8, 2000 |
| U.S. Patent No. 6,113,696 | Ampere A. Tseng | United States | May 28, 1998 | Sep. 5, 2000 |
| U.S. Patent No. 6,129,872 | Justin Jang | United States | Aug. 29, 1998 | Oct. 10, 2000 |
| U.S. Patent No. 6,547,995 | James W. Comb | United States | Sep. 21, 2001 | Apr. 15, 2003 |
| U.S. Patent No. 6,580,959 | Jyoti Mazumder | United States | May 19, 2000 | Jun. 17, 2003 |

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent No. 6,611,617 | Stephen James Crampton | United States | Jul. 25, 1996 | Aug. 26, 2003 |
| U.S. Patent No. 6,629,011 | Joseph L. Calderon, David L. Pollard, J. Samuel Batchelder | United States | Jul. 17, 2000 | Sep. 30, 2003 |
| U.S. Patent No. 6,823,230 | Vikram R. Jamalabad, Jeffrey A. Chard, Charles J. Gasdaska | United States | Sep. 7, 2000 | Nov. 23, 2004 |
| U.S. Patent No. 6,986,739 | William L. Warren, Robert L. Parkhill, Robert L. Stewart, Anatoly M. Kachurin, Robert M. Taylor, Brian K. Hargrave, Kenneth H. Church, Michael N. Nguyen, Mark L. Kargel, Mark W. Simpkins | United States | Aug. 23, 2002 | Jan. 17, 2006 |
| U.S. Patent No. 7,168,935 | Karen M. Taminger, J. Kevin Watson, Robert A. Hafley, Daniel D. Petersen | United States | Aug. 1, 2003 | Jan. 30, 2007 |
| U.S. Patent No. 7,216,009 | Warren M. Farnworth, Alan G. Wood | United States | Jun. 14, 2004 | May 8, 2007 |
| U.S. Patent No. 7,604,470 | Joseph E. Labossiere, Benjamin N. Dunn, Thomas J. McDonough, Marvin E. Eshelman | United States | Apr. 3, 2006 | Oct. 20, 2009 |
| U.S. Patent No. 7,625,198 | Hod Lipson, Lawrence Bonassar, Daniel L. Cohen, Evan Malone | United States | Aug. 10, 2005 | Dec. 1, 2009 |
| U.S. Patent No. 7,939,003 | Lawrence Bonassar, Hod Lipson, Daniel L. Cohen, Evan Malone | United States | Aug. 10, 2005 | May 10, 2011 |
| U.S. Patent No. 8,054,343 | Stephen Philip Cheatle, Andrew Arthur Hunter | United States | Jul. 25, 2006 | Nov. 8, 2011 |
| U.S. Patent No. 8,546,717 | Scott Stecker | United States | Sep. 16, 2010 | Jan. 1, 2013 |

9

| Patent or Publication Number | Inventor(s) | Country of Origin | Filing Date | Issuance or Publication Date |
|---|---|---|---|---|
| U.S. Patent No. 8,610,927 | Michael R. Sweet, Howard A. Miller | United States | Sep. 14, 2010 | Dec. 17, 2013 |
| U.S. Patent No. 8,658,250 | J. Samuel Batchelder, Michael D. Bosveld | United States | Mar. 30, 2011 | Feb. 25, 2014 |
| U.S. Patent No. 9,156,204 | Mark S. Knighton | United States | May 17, 2010 | Oct. 13, 2015 |
| U.S. Patent No. 9,193,830 | Scott T. Jolley, Tracy L. Gibson, Martha K. Williams, Clyde F. Parrish, Steven L. Parks | United States | Dec. 2, 2013 | Nov. 24, 2015 |
| U.S. Patent No. 9,694,544 | Gregory Thomas Mark, David Benhaim, Abraham Parangi, Benjamin Sklaroff | United States | Sep. 19, 2014 | Jul. 4, 2017 |
| U.S. Patent No. 9,744,730 | James W. Comb | United States | Nov. 22, 2013 | Aug. 29, 2017 |
| U.S. Patent No. 9,858,360 | Lee-Bath Nelson, Moshe Molcho | United States | Mar. 10, 2014 | Jan. 2, 2018 |
| U.S. Patent No. 9,862,149 | Zheng Wang, Kristofer Iverson | United States | Aug. 29, 2014 | Jan. 9, 2018 |
| WIPO Int'l Pub. No. WO 2008/102266 | Kfir Biton, Yosh Dollberg | WIPO | Feb. 25, 2008 | - |
| WIPO Int'l Pub. No. WO 2010/026397 | Simon Peter Scott, Christopher Sutcliffe | PCT | Sep. 7, 2009 | Mar. 11, 2010 |
| WIPO Int'l Pub. No. WO 2011/042899 | Ilan Sidi, Guy Mori | PCT | Oct. 5, 2010 | Apr. 14, 2011 |
| WIPO Int'l Pub. No. WO 2012/085914 | Boris Belocon, Avraham Teken | PCT | Dec. 21, 2011 | Jun. 28, 2012 |
| WIPO Int'l Pub. No. WO 2014/039825 | Charles E. Pax | PCT | Sep. 6, 2013 | Mar. 13, 2014 |

## II.    OTHER PUBLICATIONS

| Title | Publication Date | Page Nos. |
|---|---|---|
| Dynamic Modeling and Monitoring of Contour Crafting—An Extrusion-Based Layered Manufacturing Process | Feb. 2007 | All |
| RepRap Discussion Thread "Genetic Algorithm" (available at https://reprap.org/forum/read.php?1,20208,page=1) | Jan. 2009 | All |
| KISSlicer website | Jan. 23, 2012 | All |
| KISSlicer Change Log | Nov. 2011-Aug. 2024 | All |
| Eden 260v 3-D Printer System User Guide | Dec. 2011 | All |
| FORTUS 360mc/400mc and FDM 360mc/400mc User Guide | Nov. 2011 | All |
| Stratasys Dimension 768 User Guide | Mar. 2007 | All |
| HP LaserJet 4100mfp User Guide | Feb. 2004 | All |
| Distributed Rapid Prototyping – A Framework for Internet Prototyping and Manufacturing, Integrated Manufacturing Systems | Jul. 2000 | All |
| Rapid Prototyping Modules for Remote Engineering Applications | Jul. 2008 | All |
| Web-Based Rapid Prototyping and Manufacturing Systems: A Review | Jun. 9, 2009 | All |
| WebTurning: Teleoperation of a CNC Turning Center Through the Internet | 2006 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Watching my RepRap Mendel (available at https://www.youtube.com/watch?v=14qGE3VgtzM) | Nov. 14, 2010 | All |
| 00005further-along-in-jefftry22.mp4 (available at https://www.youtube.com/watch?v=x01oPkIe9hQ) | Aug. 16, 2010 | All |
| Keegan Blog Posts (available at keegan.org/reprapblog) | Dec. 2009–Nov. 2010 | All |
| AC 2007-359 Remotely Accessible Laboratory for Rapid Prototyping | 2007 | All |
| AC 2009-963 Remote Laboratory Collaboration | 2009 | All |
| The Development of Internet Accessible Rapid Prototyping System | 1999 | All |
| Automation systems and integration — Numerical control of machines — Program format and definitions of address words | Dec.15, 2009 | All |
| Just Another RepRap (available at https://www.keegan.org/reprapblog/page/11) | Aug. 16-22, 2010 | All |
| Mendel User Manual: Host Software (available at https://web.archive.org/web/20100612212014/http:/reprap.org/wiki/Mendel_User_Manual:_Host_Software) | Jun. 12, 2010 | All |
| Reprap Colour Mixing Project (available at https://www.reprap.org/mediawiki/images/0/05/RepRapColourMixingReport-jmc.pdf) | May 1, 2012 | All |
| 3-Way Quick-Fit Extruder and Colour Blending Nozzle (available at https://richrap.blogspot.com/2012/08/3-way-quick-fit-extruder-and-colour.html) | Aug. 23, 2012 | All |
| Structural Quality of Parts Processed by Fused Deposition | 1996 | All |
| Sparse-Pixel Recognition of Primitives in Engineering Drawings | 1993 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Morphing Based Approach for Process Planning for Fabrication of Geometries and the Control of Material Composition | 2004 | All |
| Medial Axis Transformation of a Planar Shape | 1982 | All |
| Toward Automatic Process Planning of a Multi-Axis Hybrid Laser Aided Manufacturing System: Skeleton-Based Offset Edge Generation | 2003 | All |
| PC Based Multi-Material Integrated CAD System for Layered Manufacturing | 2002 | All |
| A Novel System for Fused Deposition of Advanced Multiple Ceramics | 2000 | All |
| Optimal Motion Planning for Deposition in Layered Manufacturing | 1998 | All |
| Layered Manufacturing of Thin Walls | 2000 | All |
| Void Eliminating Toolpath for Extrusion-Based Multi-Material Layered Manufacturing | 2002 | All |
| 2-D Deposition Pattern and Strategy Study on Rapid Manufacturing | 2006 | All |
| Adaptive High-Precision Exterior, High-Speed Interior, Layered Manufacturing | 1996 | All |
| Accurate Exterior, Fast Interior Layered Manufacturing | 1997 | All |
| Computer-Aided Process Planning for Surface Quality in Point-Wise Constructive Manufacturing by Three Dimensional Printing | 1996 | All |
| Quality of Parts Processed by Fused Deposition | 1995 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| A Process Planning Applicative for Rapid Prototyping Technology | 2005 | All |
| Equidistant Path Generation for Improving Scanning Efficiency in Layered Manufacturing | 2002 | All |
| Process Analysis and Planning for Fused Deposition | 1999 | All |
| SeeMeCNC, Lulzbot, and RepRap forum posts on 3D Printer Design; Grass Roots Engineering blog post on 3D Printer Design | Jun. 2010–Sep. 2014 | All |
| Practical 3D Printers: The Science and Art of 3D Printing | 2012 | All |
| 3D printing guides: Everything about heated beds! (available at https://toms3d.org/2014/12/21/3dprinting-guides-everything-about-heated-beds) | Dec. 21, 2014 | All |
| Polyimide Film Build Surface (available at http://www.grassrootsengineering.com/blog/2011/01/31/polyimide-film-build-surface/) | Jan. 31, 2011 | All |
| RFID Technology Principles, Advantages, Limitations & Its Applications | Feb. 2011 | All |
| Fortus 360mc User Guide (November 2011 edition) – SmartSpool system | Nov. 2011 | All |
| Dimension BST 768 printer system documentation (one-wire EEPROM / material cassette) | - | All |
| Eden 260v documentation re: RFID-based material cartridge identification | - | All |
| KISSlicer Software website (https://www.kisslicer.com) | - | All |
| 3-way extruder and colour blending nozzle Part 2 - Build up and Printed things (available at https://www.youtube.com/watch?v=nkkbjpHVNZQ) | Aug. 23, 2012 | All |

14

| Title | Publication Date | Page Nos. |
|---|---|---|
| Comments on "Multicolor Print Head Allows RepRap to Print Rainbows" (SDT & RichRap re: "scrap pile" / purge technique) (available at https://hackaday.com/2012/08/27/multicolor-print-head-allows-reprap-to-print-rainbows/) | Aug. 28, 2012 - May 5, 2013 | All |
| Comments on "Print any colour you like" (avaialble at http://blog.reprap.org/2012/02/print-any-colour-you-like.html) | Feb. 21-May 6, 2012 | All |
| Blog-post comment thread re: purging into dummy object / secondary part (nophead, jaf, Jeff Keegan) (avaialble at http://blog.reprap.org/2012/04/colour-mixing.html) | Apr. 19-May 19, 2012 | All |
| Additive Manufacturing Technologies | 2010 | All |
| A Neural Network Based Real Time Controller for Turning Process | Sep. 2007 | All |
| Hobbyist z-probe article — z-offset calibration using retractable probe | Apr. 4, 2011 | All |
| Automated Bed Leveling with our 3D Printer | Apr. 23-May 8, 2012 | All |
| Dr Terrible's House of Bloggable — Cut testing, Pictures of the fiducial registration mode | Oct. 3, 2009 | All |
| Dr Terrible's House of Bloggable — AccurateCNC 560/360 Testing the Tool Test | Oct. 1, 2009 | All |
| Acquisition steps of a Remotely Accessible Rapid Prototyping laboratory | 2007 | All |

15

## III.    KNOWN, EARLIER INVENTED BY ANOTHER, ON SALE, IN USE, AND OTHER PRIOR ART

| Abbreviated Name | System or Product | Date of Sale or Public Availability |
| --- | --- | --- |
| MakerBot Replicator | MakerBot Replicator 3D Printer | Jan. 2012 |
| SeTAC/Spectra Pulse | Sequoia Triaxial Vibration & Collision Monitoring System (SeTAC) | At least by Oct. 2008 |
| KISSlicer System | KISSlicer Slicing Software System | At least by March 8, 2012 |
| Eden 260v | Eden 260v 3-D Printer System | At least by Oct. 29, 2011 |
| FORTUS 360mc/400mc and FDM | FORTUS 360mc/400mc and FDM 360mc/400mc Systems | At least by Oct. 29, 2012 |
| Dimension 768 | Stratasys Dimension 768 3D Printer | March 2007 |
| HP LaserJet 4100mfp | HP LaserJet 4100mfp | February 2004 |
| Alvares System | WebTurning Teleoperation System | 2006 |
| i.materialise | i.materialise Online 3D Printing Service | Aug. 6, 2010 |
| Keegan | RepRap 3D Printing System (Keegan) | At least by Aug. 18, 2010 |
| Trumpf | Trumpf Manufacturing System | Mar. 4, 2008 |
| Dual Extruder System | Dual Extruder 3D Printing System | At least by October 28, 2012 |

16

| Abbreviated Name | System or Product | Date of Sale or Public Availability |
|---|---|---|
| Mixer Extruder System | RepRap Colour Mixing Extruder System | At least by May 1, 2012 |
| RichRap Multi-Color Extruder | RichRap 3-Way Quick-Fit Extruder and Colour Blending Nozzle | At least by August 27, 2012 |
| RepRap Host Software (Keegan) | RepRap Host Software System (Keegan) | At least by August 22, 2010 |
| Stratasys FDM | Stratasys Fused Deposition Modeling Process | At least 2001 |
| Spectrum Z510 | Z Corporation's Equipment, Spectrum Z510 | At least 2004 |
| Airwolf 3D Products | AW3D HD, AW3D HD2x, and Wolfbite Adhesive | Feb. 2014 |
| CEL Robox | CEL Robox 3D Printer | Dec. 2013 |
| CTD-201 Polyimide Coating | CTD-201 Polyimide Coating | Dec. 2013 |
| MakerBot Replicator 2X | MakerBot Replicator 2X 3D Printer | At least by Dec. 2014 |
| Printrbot Simple Metal | Printrbot Simple Metal 3D Printer | Nov. 2014 |
| SpiderBot | SpiderBot 3D Printer | At least by Dec. 2014 |
| SFACT | SFACT Slicing Software | At least by May 9, 2012 |
| MakerBot Thing-O-Matic | MakerBot Thing-O-Matic 3D Printer (heated printbed / Kapton build surface) | September 2010 |

| Abbreviated Name | System or Product | Date of Sale or Public Availability |
|---|---|---|
| SmartSpool System (Fortus) | SmartSpool system on Fortus 360mc (encoded-chip material canister tracking) | At least by Nov. 2011 |
| Objet Studio | Objet Studio slicing software for Eden 260v | - |
| CatalystEX | CatalystEX slicing software for Dimension BST 768 | - |
| Insight | Insight slicing software for Fortus 360mc | - |
| KISSlicer PRO | KISSlicer PRO slicing software (multi-extruder version of KISSlicer System) | At least by March 8, 2012 |
| Dual Extruder Printing Project | Dual Extruder Printing Project (Bakin) — narrowed election name | At least by October 28, 2012 |
| GrabCAD | GrabCAD 3D printing software (Stratasys) | - |
| Skeinforge | Skeinforge slicing software (open source) | - |
| Slic3r | Slic3r slicing software (open source) | - |
| ReplicatorG | ReplicatorG host software used with MakerBot Replicator | At least by October 26, 2012 |
| CharlieX System | CharlieX system — AccurateCNC 560/360 CNC machine with PhCNC camera-overlay software | At least by Oct. 3, 2009 |

The following is a list of individuals who may be relied upon as prior inventors or as having prior knowledge of, or having previously used or offered for sale, the alleged inventions of the Asserted Patents:

- Charlie Wallace

- Jonathan Dummer

- Denis Bakin

- Jeffrey Keegan

- Nathaniel Bre Pettis

- Alison Leonard

- James Franz

- Philippe Boichut

- Erick Wolf

- Representative(s) of Stratasys, Inc.

- Representative of Montronix, Inc.

Dated:  May 22, 2026                    Respectfully submitted,

                                        /s/ Michael A. Vincent
                                        Gregory P. Love (TX 24013060)
                                        glove@cjsjlaw.com
                                        CHERRY JOHNSON SIEGMUND
                                         JAMES PC
                                        104 E Houston Street, Suite 115
                                        Marshall, TX 75670
                                        Tel: (903) 212-4444

                                        Carl E. Bruce (TX 24036278)
                                        bruce@fr.com
                                        Thomas H. Reger, II (TX 24032992)
                                        reger@fr.com
                                        Aaron P. Pirouznia (TX 24098958)

19

pirouznia@fr.com
Michael A. Vincent (TX 24105738)
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

David M. Barkan (CA 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Attorneys for Defendants
SHENZHEN TUOZHU TECHNOLOGY CO.,
LTD., SHANGHAI LUNKUO
TECHNOLOGY CO., LTD., BAMBULAB
LIMITED, TUOZHU TECHNOLOGY
LIMITED, AND BAMBULAB USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 22, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael A. Vincent
Michael A. Vincent

20