**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**



| | | |
|---|---|---|
| STRATASYS, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CASE NO.  2:24-CV-00644-JRG (LEAD CASE) |
| SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED | § § § § § § § § | CASE NO.  2:24-CV-00645-JRG (MEMBER CASE) |
| *Defendants*. | § § | |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LIMITED, *and* TUOZHU TECHNOLOGY LIMITED, | § § § § § § § | |
| *Plaintiffs*, | § § § | CASE NO.  2:24-CV-00465-JRG (MEMBER CASE) |
| v. | § § § | |
| STRATASYS, INC., | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is the Unopposed Motion To Redact Transcript (the "Motion") filed by

Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd.,

BambuLab Limited, Tuozhu Technology Limited, and BambuLab USA, Inc. "Defendants"). (Dkt.

No. 380).  In the Motion, Defendants seek to redact portions of the Pretrial Conference transcript (Dkt. Nos. 363, 367).  (Dkt. No. 380 at 1).  The Motion is unopposed.  (*Id.* at 5).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the Court Reporter and the Clerk of the Court are directed to redact the following portions of the Pretrial Conference transcript (Dkt. Nos. 363, 367):

| Pretrial Conference Transcript | Citation |
| --- | --- |
| Day 1 (Dkt No. 363) | 23:9-13 |
| | 25:11-22 |
| | 30:13-15 |
| | 31:9-10 |
| | 91:4-5 |
| | 98:17 |
| | 98:21 |
| | 99:4 |
| | 99:7-12 |
| | 99:17-18 |
| | 99:21-22 |
| | 99:24-100:1 |
| | 100:4-6 |
| | 100:8-9 |
| | 114:19-115:8 |
| | 117:23-118:1 |
| | 118:3-4 |
| | 132:21-22 |
| | 133:3-4 |
| Day 2 (Dkt. No. 367) | 10:2 |
| | 10:4-5 |
| | 10:19-20 |
| | 10:22 |

|  | 65:14-15 |
|  | 65:20-21 |
|  | 65:23-24 |
|  | 66:9-19 |
|  | 68:16-18 |
|  | 69:5-6 |
|  | 69:11 |
|  | 71:3 |
|  | 72:3 |
|  | 72:5 |
|  | 72:7-8 |
|  | 72:15-18 |

**So ORDERED and SIGNED this 2nd day of June, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

3