**2:24-cv-00644-JRG (Lead Case)**
**Stratasys Inc v Shenzhen Tuozhu Technology Co Ltd *et al***
**September 16, 2026 at 8:30 AM**

# Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Syed Fareed | Plaintiff |
| Andrea Fair | " " |
| Deron Dacus | " " |
| Ruffin Cordell | Defendants |
| Greg Love | " " |
| David Barkan | " " |
| Lauren Degnan | " " |
| Tom Reger | " " |
| Douglas Carsten | Plaintiff |
| Garrett Parish | " " |
| Ian Brooks | " " |
| Philip Brown | Defendants |
| Brandon Avers | " " |
| Meghan Thadani | " " |
| Aashish Kapadia | Plaintiff |
| David Tobin | " " |
| Julie Metkus | Defendants |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Scott Crump | Stratasys Inc |
| Dr. Ye Tao | Bambu Lab |
| | |
| | |
| | |
| | |
| | |