**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC., *Plaintiff,* v. SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., BAMBULAB USA, INC. *and* TUOZHU TECHNOLOGY LIMITED, *Defendants.* | § | CASE NO. 2:24-CV-00644-JRG (LEAD CASE) |

**<u>VERDICT FORM</u>**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Stratasys**" refers to Plaintiff Stratasys, Inc.
- "**Defendants**" or "**Bambu**" refers collectively to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, BambuLab USA, Inc., and Tuozhu Technology Limited.
- The "**'713 Patent**" refers to U.S. Patent No. 9,421,713.
- The "**'357 Patent**" refers to U.S. Patent No. 7,555,357.
- The "**'698 Patent**" refers to U.S. Patent No. 9,168,698.
- The "**'381 Patent**" refers to U.S. Patent No. 10,556,381.
- The "**Asserted Claims**" refers collectively to Claims 1 and 6 of the '713 Patent; Claim 8 of the '357 Patent; Claim 10 of the '698 Patent; and Claims 1 and 11 of the '381 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.**

**READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

**QUESTION NO. 1:**

Did Stratasys prove, by a preponderance of the evidence, that Bambu has **infringed** the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**’713 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ______ |
| Claim 6 | Yes: ✓ | No: ______ |

**’357 Patent**

| | | |
|---|---|---|
| Claim 8 | Yes: ✓ | No: ______ |

**’698 Patent**

| | | |
|---|---|---|
| Claim 10 | Yes: ✓ | No: ______ |

**’381 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ______ |
| Claim 11 | Yes: ✓ | No: ______ |

**PROCEED TO QUESTION NO. 2.**

**QUESTION NO. 2:**

Did Bambu prove by clear and convincing evidence that any of the following claims of the asserted patents are **invalid**?

Answer "Yes" or "No" for the Asserted Claim below.

**'713 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ______ | No: ✓ |
| Claim 6 | Yes: ______ | No: ✓ |

**'357 Patent**

| | | |
|---|---|---|
| Claim 8 | Yes: ______ | No: ✓ |

**'698 Patent**

| | | |
|---|---|---|
| Claim 10 | Yes: ______ | No: ✓ |

**'381 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ______ | No: ✓ |
| Claim 11 | Yes: ______ | No: ✓ |

**PROCEED TO ANSWER QUESTION NOS. 3 AND 4 ONLY IF, FOR AT LEAST ONE OF THE ASSERTED CLAIMS, YOU ANSWERED "YES" AS TO THAT CLAIM IN QUESTION NO. 1 AND YOU ANSWERED "NO" TO THAT SAME CLAIM IN QUESTION NO. 2.**

**OTHERWISE, DO NOT ANSWER QUESTION NOS. 3 AND 4, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 3:**

Has Stratasys proven, by a preponderance of the evidence, that Bambu's infringement of the Asserted Claims was **willful**?

Yes: ✓ OR No: ________

**ANSWER QUESTION NO. 4 AS TO THE '713 PATENT ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 FOR THE SAME CLAIM AS TO ANY OF THE ASSERTED CLAIMS OF THE '713 PATENT.**

**ANSWER QUESTION NO. 4 AS TO THE '357 PATENT ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 AS TO CLAIM 8 OF THE '357 PATENT.**

**ANSWER QUESTION NO. 4 AS TO THE '698 PATENT AND THE '381 PATENT ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 FOR THE SAME CLAIM AS TO ANY OF THE ASSERTED CLAIMS OF THE '698 PATENT AND/OR THE '381 PATENT.**

**OTHERWISE, AND IF THE ABOVE DO NOT APPLY, THEN DO NOT ANSWER ANY PART OF QUESTION NO. 4, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, do you find that Stratasys has proven by a preponderance of the evidence that would fairly compensate Stratasys for Bambu's infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Claim, pursuant to the instructions on the preceding page.

**'713 Patent** $ 14.2 Million

**'357 Patent** $ 10.6 Million

**'698 Patent and '381 Patent** $ 2.8 Million

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __17_ day of September, 2026.

____________________________________

**Jury Foreperson**