**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., BAMBULAB USA, INC. *and* TUOZHU TECHNOLOGY LIMITED,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00644-JRG<br>(LEAD CASE) |

## JUDGMENT

A jury trial commenced in the above-captioned case on September 11, 2026. On September 17, 2026, the Jury reached and returned its unanimous verdict. (Dkt. No. 456). The Jury found that Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, BambuLab USA, Inc., and Tuozhu Technology Limited ("Defendants" or "Bambu") had willfully infringed Claims 1 and 6 of U.S. Patent No. 9,421,713 (the "'713 Patent"); Claim 8 of U.S. Patent No. 7,555,357 (the "'357 Patent"); Claim 10 of U.S. Patent No. 9,168,698 (the "'698 Patent"); and Claims 1 and 11 of U.S. Patent No. 10,556,381 (the '381 Patent) (collectively, the "Asserted Claims" of the "Asserted Patents"). (*Id*. at 4, 7). The Jury also found that none of the Asserted Claims were invalid. (*Id.* at 5). To compensate the Plaintiff, Stratasys, Inc. ("Plaintiff" or "Stratasys"), for Bambu's infringement of the Asserted Claims, the Jury awarded Stratasys $14,200,000.00 USD as to the '713 Patent; $10,600,000.00 USD as to the '357 Patent; and $2,800,000.00 USD as to both the '698 Patent and the '381 Patent, collectively. (*Id.* at 9).

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Bambu has infringed the Asserted Claims.
2. Bambu's infringement was willful.
3. Bambu has not shown by clear and convincing evidence that any Asserted Claim is invalid.
4. Stratasys is entitled to and shall have and recover from Bambu a reasonable royalty of $14,200,000.00 USD in the form of a running royalty for Bambu's infringement of Claims 1 and 6 of the '713 Patent, with the applicable damages period beginning on May 31, 2022.
5. Stratasys is entitled to and shall have and recover from Bambu a reasonable royalty of $10,600,000.00 USD in the form of a running royalty for Bambu's infringement of Claim 8 of the '357 Patent, with the applicable damages period beginning on May 31, 2022.
6. Stratasys is entitled to and shall have and recover from Bambu a reasonable royalty of $2,800,000.00 USD in the form of a running royalty for, collectively, Bambu's infringement of Claims 1 and 11 of the '381 Patent and Bambu's infringement of Claim 10 of the '698 Patent, with the applicable period beginning on September 20, 2023.
7. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards prejudgment interest to Plaintiff to be recovered by Plaintiff from

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).

Defendants and applicable to all sums awarded herein, calculated at the five-year U.S. Treasury Bill rate, compounded monthly, adjusting the effective rate with each and every change in said five-year U.S. Treasury Bill rate from the date the infringement began.

8. The Court, having heard the testimony and seen the exhibits over the course of the entire trial, finds that no enhancement of damages related to Bambu's willfulness is warranted. Accordingly, Stratasys's request for enhancement pursuant to 35 U.S.C. § 284 is denied.

9. Pursuant to 28 U.S.C. § 1961, Plaintiff shall have and recover from Defendants post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

10. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Stratasys is the prevailing party in this case and shall recover costs from Bambu. Accordingly, Stratasys is directed to file their Bill of Costs.

All other requests for relief now pending by and between Stratasys and Bambu, which are not specifically addressed herein, are **DENIED**.

**So ORDERED and SIGNED this 18th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE