[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO. LTD., *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00644-JRG<br>(LEAD CASE) |

**ORDER**

Before the Court is Plaintiff Stratasys Inc.'s ("Stratasys") Motion to Amend Judgment (Dkt. No. 463) to Address Supplemental Damages, Pre-Judgment and Post-Judgment Interest, and Ongoing Royalties. The Court, having considered Stratasys's motion, determines that it should be **GRANTED**.

The Court finds it appropriate to award supplemental damages from September 11, 2026 to September 18, 2026 at the jury's implied royalty rate of [redacted]% for U.S. Patent No. 9,421,713 ("'713 Patent"); [redacted]% for U.S. Patent No. 7,555,357 ("'357 Patent"); and [redacted]% for U.S. Patent Nos. 10,556,381 ("'381 Patent") and 9,168,698 ("'698 Patent"). Accordingly, the Court **GRANTS** Stratasys's request for supplemental damages. Therefore, the Court awards supplemental damages to Stratasys in the amount of $87,285 for the '713 Patent, $50,293 for the '357 Patent, and $18,870 for the '381 and '698 Patents, for a total of $156,448.

The Court finds that an award of pre-judgment interest is appropriate. Accordingly, the Court **GRANTS** Stratasys's request for prejudgment interest. Therefore, the Court awards pre-judgment interest to Stratasys in the amount of $779,599 for the '713 Patent, $623,559 for the '357

[redacted]

Patent, and $100,403 for the ’381 and ’698 Patents, for a total of $1,503,561.

The Court **GRANTS** Stratasys’s request for post-judgment interest and sets the post-judgment interest rate at the lawful federal rate under 28 U.S.C. § 1961. Such interest shall be calculated from the date of the entry of judgment, and awarded in the amount of $1,749 for the ’713 Patent, $1,309 for the ’357 Patent, and $339 for the ’381 and ’698 Patents, for a total of $3,397 per day.

The Court **GRANTS** Stratasys’s request to amend the final judgment to include the below list of adjudicated products with respect to the judgment of infringement of the ’713, ’357, ’381, and ’698 Patents.

| **Patent(s)** | **Adjudicated Products** |
|---|---|
| ’713 | Bambu printers (X1C and X1E printers in the X1 series; P1P, P1S, and P2S printers in the P series; A1 and A1 mini printers in the A1 series; H2D, H2D Pro, H2S, and H2C printers in the H2 series) and Bambu Automatic Material Systems (“AMS”). |
| ’357 | Bambu printers (X1C and X1E printers in the X1 series; P1P, P1S, and P2S printers in the P series; A1 and A1 mini printers in the A1 series; H2D, H2D Pro, H2S, and H2C printers in the H2 series). |
| ’381/’698 | Bambu printers (P2S printers; A1 and A1 mini printers in the A1 series; H2D, H2D Pro, H2S, and H2C printers in the H2 series). |

The Court **GRANTS** Stratasys’s request for an ongoing royalty and finds that the ongoing royalty rate should be adjusted upward from the jury’s implied royalty rate. Accordingly, an ongoing royalty is awarded at the rate of 1.98% for the ’713 Patent, 2.00% for the ’357 Patent, and 1.06% for the ’381 and ’698 Patents. The ongoing royalty shall apply to the adjudicated products listed in the above table and any products not colorably different therefrom. For the remaining term of each of the respective patents, on or before the fifteenth day of each calendar quarter, Defendants shall produce a report identifying, by product and by patent, their U.S. unit sales and corresponding revenues for the preceding calendar quarter, calculated consistently with the royalty base presented at trial, and pay the ongoing royalty for that quarter within thirty days.